# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−35590−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph William Nittoso
110 Lexington Avenue
Bloomfield, NJ 07003

Therese Celeste Edwards
110 Lexington Avenue
Bloomfield, NJ 07003

Social Security No.:
xxx−xx−9820                         xxx−xx−1628

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      3/1/18
Time:      02:00 PM
Location:  Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman
Debtor's Attorney

COMMISSION OR FEES
$2,595.37

EXPENSES
0

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: February 6, 2018
JAN:

Jeanne Naughton
Clerk

Case 17-35590-VFP    Doc 14    Filed 02/08/18    Entered 02/09/18 00:30:34    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-35590-VFP
Joseph William Nittoso                                                Chapter 13
Therese Celeste Edwards
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 3            Date Rcvd: Feb 06, 2018
                                Form ID: 137           Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2018.
```
db/jdb         +Joseph William Nittoso,    Therese Celeste Edwards,    110 Lexington Avenue,
                 Bloomfield, NJ 07003-5765
517242463       ACS Education Services,    C/o Acs,    Utica, NY 13501
517242465      +AES/Brazosus,    Pob 61047,    Harrisburg, PA 17106-1047
517242464      +AES/Brazosus,    Attn: Bankruptcy,    Po Box 8183,    Harrisburg, PA 17105-8183
517242466      +Aes/nct,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
517242468      +Aes/nct,    Pob 61047,    Harrisburg, PA 17106-1047
517242472      +Am Std Asst,    100 Cambridge St., Suite 1600,    Boston, MA 02114-2518
517242473      +Am Std Asst,    100 Cambridge St Ste 160,    Boston, MA 02114-2547
517242476      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517242477      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517242480     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
517242478      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517298516       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517242485      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517242484      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517274620       ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
517242486       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517242487      +Equifax Credit Info. Services,Inc.,    P.O. Box 740241,    Atlanta, GA 30374-0241
517242489      +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
517242488      +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
517242491      +Linda Evans,    150 Madison Avenue,    Westfield, NJ 07090-4218
517242492      +Linda Evans,    c/o Lawrence & Gerges LLC,    140 Mountain Avenue,    Suite 204,
                 Springfield, NJ 07081-1725
517242496      +M&T Bank,    c/o KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517242498       Midland Funding,    Att: Pressler and Pressler, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517265608      +National Collegiate Student Loan Trust 2004-2,    Po Box 4275,    Norcross, GA 30091-4275
517265607      +National Collegiate Student Loan Trust 2005-3,    Po Box 4275,    Norcross, GA 30091-4275
517242500      +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                 Trenton, NJ 08602-0269
517242501      +Suzanne Lashley,    824 Central Avenue,    Plainfield, NJ 07060-2333
517242502      +Suzanne Lashley,    c/o Lawrence & Gerges LLC,    140 Mountain Avenue,    Suite 204,
                 Springfield, NJ 07081-1725
517242510      +Target,    Po Box 673,    Minneapolis, MN 55440-0673
517242509      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517242511       TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
517242512      +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19022-1370
517242513      +Valley National Bank,    1460 Valley Rd,    Wayne, NJ 07470-8494
517242516      +Wells Fargo Auto Finance,    Po Box 29704,    Phoenix, AZ 85038-9704
517242515      +Wells Fargo Auto Finance,    Attn: Bankruptcy,    Po Box 29704,    Phoenix, AZ 85038-9704
517242518      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
517242517      +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
517309049       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517280130      +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    St. Louis Park, MN 55426-4938
517242519      +Wf Pll,    P.o. Box 94435,    Albuquerque, NM 87199-4435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 06 2018 23:18:42     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2018 23:18:40     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 23:16:17
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517242462       E-mail/Text: bknotices@conduent.com Feb 06 2018 23:19:27     ACS Education Services,
                 Po Box 7052,    Utica, NY 13504-7052
517242470      +E-mail/Text: ally@ebn.phinsolutions.com Feb 06 2018 23:17:58     Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
517281483       E-mail/Text: ally@ebn.phinsolutions.com Feb 06 2018 23:17:58     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
517242471      +E-mail/Text: ally@ebn.phinsolutions.com Feb 06 2018 23:17:58     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
517242474      +E-mail/Text: bk@avant.com Feb 06 2018 23:19:09     Avant Credit, Inc,    Attention Bankruptcy,
                 Po Box 9183380,    Chicago, IL 60691-3380
517242475      +E-mail/Text: bk@avant.com Feb 06 2018 23:19:09     Avant Credit, Inc,
                 222 N. Lasalle Suite 170,    Chicago, IL 60601-1101
517242482      +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 23:16:17     Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
517242483      +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 23:16:53     Care Credit,    P.O. Box 960061,
                 Orlando, FL 32896-0061
```

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Feb 06, 2018
                              Form ID: 137             Total Noticed: 69

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517242490       E-mail/Text: cio.bncmail@irs.gov Feb 06 2018 23:18:17      Internal Revenue Service,
                 P.O. Box 21126,   Philadelphia, PA 19114-0326
517242493      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2018 23:16:26
                 LVNV Funding/Resurgent Capital,    Po Box 10497,   Greenville, SC 29603-0497
517242495       E-mail/Text: camanagement@mtb.com Feb 06 2018 23:18:28      M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
517242494       E-mail/Text: camanagement@mtb.com Feb 06 2018 23:18:28      M & T Bank,   Po Box 844,
                 Buffalo, NY 14240
517242499      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2018 23:18:39      Midland Funding,
                 2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
517242497      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2018 23:18:39      Midland Funding,
                 Attn: Bankruptcy,   Po Box 939069,   San Diego, CA 92193-9069
517276050      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2018 23:18:39      Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517258640       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2018 23:22:50
                 Portfolio Recovery Associates, LLC,    c/o Cabelas Club,   POB 41067,   Norfolk VA 23541
517245620      +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 23:16:53      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517242504      +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 23:16:17      Synchrony Bank/ HH Gregg,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
517242503      +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 23:16:35      Synchrony Bank/ HH Gregg,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517242505      +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 23:16:17      Synchrony Bank/Chevron,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517242506      +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 23:16:35      Synchrony Bank/Chevron,
                 P.o Box 965015,   Orlando, FL 32896-5015
517242507      +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 23:16:35      Synchrony Bank/Linen N' Things,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517242508      +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 23:16:17      Synchrony Bank/Linen N' Things,
                 Po Box 965005,   Orlando, FL 32896-5005
517242520      +E-mail/Text: WFB.Bankruptcy@cabelas.com Feb 06 2018 23:19:26      Worlds Foremost Bank N,
                 Attn: Bankruptcy,   4800 Nw 1st St,   Lincoln, NE 68521-4463
517242521      +E-mail/Text: WFB.Bankruptcy@cabelas.com Feb 06 2018 23:19:26      Worlds Foremost Bank N,
                 4800 Nw 1st Street,   Lincoln, NE 68521-4463
                                                                                              TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517242469*     +Aes/nct,   Pob 61047,   Harrisburg, PA 17106-1047
517242467*     +Aes/nct,   Attn: Bankruptcy,   Po Box 2461,   Harrisburg, PA 17105-2461
517242481*    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court:   Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
517242479*     +Capital One,   Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
517242514*     +Valley National Bank,   1460 Valley Rd,   Wayne, NJ 07470-8494
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2018 at the address(es) listed below:
          David G. Beslow   on behalf of Debtor Joseph William Nittoso yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          David G. Beslow   on behalf of Joint Debtor Therese Celeste Edwards yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2           User: admin              Page 3 of 3              Date Rcvd: Feb 06, 2018
                               Form ID: 137             Total Noticed: 69
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Mark   Goldman    on behalf of Joint Debtor Therese Celeste Edwards yrodriguez@goldmanlaw.org,
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
        Mark   Goldman    on behalf of Debtor Joseph William Nittoso yrodriguez@goldmanlaw.org,
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
        Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 7