UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey   07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtor(s)

Order Filed on March 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | |
|---|---|
| JOSEPH WILLIAM NITTOSO<br>THERESE CELESTE EDWARDS | Case No:   17-35590/VFP<br><br>Chapter 13<br><br>Judge: |
| Debtor | |

**FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503(b)**

The relief set forth on the following page number two (2) is hereby ORDERED.

**DATED: March 7, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor: Joseph William Nittoso
Chapter 13 Case#: 17-35590/VFP
Caption of Order: FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503 (b)

---

THIS MATTER, having been opened before the Court upon the application of Goldman & Beslow, LLC., attorney for the debtor(s), for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

ORDERED that the attorney for the debtor is hereby allowed the sum of $4440.37 as his fee and $_____ for costs and expenses of which $1845.00 has already been received by said attorney and of which the balance of $2595.37 shall be paid by the Chapter 13 Standing Trustee to said attorney through the debtor (s) plan or in the event of dismissal of case, pursuant to an assignment of counsel fees executed by the debtors, in the event of a conversion of our matter and directly to debtor(s) counsel and it is further

ORDERED that the monthly payments in the plan is hereby not increased based on the aforesaid fee as the attorneys fees will be calculated into the plan payment at confirmation.

11