Certificate Number: 14912-NJ-DE-030737745

Bankruptcy Case Number: 17-35590



14912-NJ-DE-030737745

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 18, 2018</u>, at <u>11:10</u> o'clock <u>PM EDT</u>, <u>Joseph Nittoso</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>March 18, 2018</u>

By:  <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>