Certificate Number: 14912-NJ-DE-030737746

Bankruptcy Case Number: 17-35590



14912-NJ-DE-030737746

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 18, 2018, at 11:10 o'clock PM EDT, Therese Edwards completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  March 18, 2018                    By:    /s/Jai Bhatt

                                         Name:  Jai Bhatt

                                         Title:  Counselor