| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000<br>Attorneys for Debtor(s)<br><br>Mark Goldman, Esq.   #MG-8019 | Order Filed on September 13, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**JOSEPH WILLIAM NITTOSO**<br>**THERESE CELESTE EDWARDS**<br><br>Debtors | Case No. 17-35590<br><br>Chapter: 13<br><br>Hearing Date: September 6, 2018<br>at 11:00 a.m.<br><br>Judge: Hon. Vincent F. Papalia |

### ORDER EXPUNGING CLAIM OF CAPITAL ONE BANK (USA), N.A. (CLAIM NO. 9)

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: September 13, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**Page:**      2
**Debtor(s):** Joseph William Nittoso and Therese Celeste Edwards
**Case No.:**  17-35590 - Chapter 13
**Caption:**   Order Expunging Claim of Capital One Bank (USA), N.A. (Claim No. 9)

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtors, David Beslow, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby

**ORDERED**, that Claim No. 9 filed by or behalf of Capital One Bank (USA), N.A. is hereby expunged, and

**ORDERED**, that the Chapter 13 Trustee in Bankruptcy shall make the appropriate changes to her records to reflect the removal of the claim.

.