**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s)

Mark Goldman, Esq.   #MG-8019

Order Filed on September 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**JOSEPH WILLIAM NITTOSO**
**THERESE CELESTE EDWARDS**

Debtors

Case No. 17-35590

Chapter: 13

Hearing Date: September 6, 2018
                    at 11:00 a.m.

Judge: Hon. Vincent F. Papalia

## ORDER EXPUNGING CLAIM OF CAPITAL ONE BANK (USA), N.A. (CLAIM NO. 9)

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 13, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page: 2
Debtor(s): **Joseph William Nittoso and Therese Celeste Edwards**
Case No.: **17-35590 - Chapter 13**
Caption: **Order Expunging Claim of Capital One Bank (USA), N.A. (Claim No. 9)**

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtors, David Beslow, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby

**ORDERED**, that Claim No. 9 filed by or behalf of Capital One Bank (USA), N.A. is hereby expunged, and

**ORDERED**, that the Chapter 13 Trustee in Bankruptcy shall make the appropriate changes to her records to reflect the removal of the claim.

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 17-35590-VFP
Joseph William Nittoso    Chapter 13
Therese Celeste Edwards
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 14, 2018
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2018.
db/jdb    +Joseph William Nittoso,    Therese Celeste Edwards,    110 Lexington Avenue,
          Bloomfield, NJ 07003-5765

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2018 at the address(es) listed below:
      David G. Beslow    on behalf of Debtor Joseph William Nittoso yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      David G. Beslow    on behalf of Joint Debtor Therese Celeste Edwards yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Mark  Goldman    on behalf of Joint Debtor Therese Celeste Edwards yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      Mark  Goldman    on behalf of Debtor Joseph William Nittoso yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 8