Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                              Case No.: 17–35590–VFP
                                              Chapter: 13
                                              Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph William Nittoso                           Therese Celeste Edwards
   110 Lexington Avenue                             110 Lexington Avenue
   Bloomfield, NJ 07003                              Bloomfield, NJ 07003

Social Security No.:
   xxx–xx–9820                                                  xxx–xx–1628

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:                 January 3, 2019
Time:                10:00 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*28* – Motion for Relief from Stay re: re: 110 Lexington Avenue, Bloomfield, NJ, 07003. Fee Amount $ 181. Filed by Kevin Gordon McDonald on behalf of M&T BANK. Hearing scheduled for 1/3/2019 at 10:00 AM at VFP – Courtroom 3B, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit # 3 Proposed Order # 4 Exhibit # 5 Certificate of Service) (McDonald, Kevin)

and transact such other business as may properly come before the meeting.


Dated: December 17, 2018
JAN: mcp

                                                                                     Jeanne Naughton
                                                                                     Clerk