UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Joseph Nittoso & Celeste Edwards,

Debtors.

Case No.:        17-35590-VFP

Chapter:              13

Hearing Date:     1/3/2019

Judge:            Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief re: 110 Lexington Avenue (Docket # 28)

_____

Date: 12/31/2018

/s/ Denise Carlon
Signature

*rev.8/1/15*