GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 17-35590

| Re: | JOSEPH WILLIAM NITTOSO | Atty: | GOLDMAN & BESLOW, LLC |
|---|---|---|---|
| | THERESE CELESTE EDWARDS | | ATTORNEYS AT LAW |
| | 110 LEXINGTON AVENUE | | 7 GLENWOOD AVE, SUITE 311B |
| | BLOOMFIELD, NJ 07003 | | EAST ORANGE, NJ 07017 |

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/03/2018 | $1,200.00 | 4566816000 - | 02/12/2018 | $1,200.00 | 4663488000 - |
| 03/12/2018 | $1,200.00 | 4746264000 - | 04/25/2018 | $1,200.00 | 4859586000 |
| 05/17/2018 | $1,200.00 | 4921088000 | 06/27/2018 | $1,200.00 | 5022061000 |
| 07/30/2018 | $1,200.00 | 5102650000 | 08/28/2018 | $1,200.00 | 5185197000 |
| 09/28/2018 | $1,200.00 | 5263442000 | 10/23/2018 | $1,200.00 | 5331139000 |
| 10/31/2018 | $803.00 | 5351725000 | 12/03/2018 | $2,003.00 | 5432288000 |
| 12/28/2018 | $2,003.00 | 5495462000 | | | |

**Total Receipts: $16,809.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $16,809.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| STATE OF NJ | | | | | | |
| | 11/19/2018 | $2,469.17 | 814,583 | 12/17/2018 | $608.78 | 816,477 |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 11/19/2018 | $5,191.86 | 8,000,804 | 12/17/2018 | $1,280.05 | 8,000,842 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 886.11 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,595.37 | 100.00% | 2,595.37 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ACS EDUCATION SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | AES/BRAZOSUS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | AES/NCT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | ALLY FINANCIAL | VEHICLE SECURE | 336.31 | 100.00% | 0.00 | 336.31 |
| 0009 | AM STD ASST | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | CACH LLC | UNSECURED | 7,839.50 | 100.00% | 0.00 | 7,839.50 |
| 0013 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | CAPITAL ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | MIDLAND FUNDING LLC | UNSECURED | 4,154.77 | 100.00% | 0.00 | 4,154.77 |
| 0019 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | UNITED STATES TREASURY/IRS | PRIORITY | 8,876.10 | 100.00% | 7,751.97 | 1,124.13 |
| 0026 | LVNV FUNDING LLC | UNSECURED | 14,411.56 | 100.00% | 0.00 | 14,411.56 |

**Chapter 13 Case # 17-35590**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0027 | LINDA EVANS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | M&T BANK | MORTGAGE ARRE | 32,663.84 | 100.00% | 0.00 | 32,663.84 |
| 0032 | MIDLAND FUNDING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | MIDLAND FUNDING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | STATE OF NJ | PRIORITY | 4,221.34 | 100.00% | 3,686.72 | 534.62 |
| 0036 | SUZANNE LASHLEY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0039 | SYNCHRONY BANK/ HH GREGG | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0041 | SYNCHRONY BANK/CHEVRON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0043 | SYNCHRONY BANK/LINEN N' THINGS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0045 | TARGET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0050 | VALLEY NATIONAL BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0051 | WELLS FARGO AUTO FINANCE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0053 | WELLS FARGO CARD SERVICES | UNSECURED | 4,333.63 | 100.00% | 0.00 | 4,333.63 |
| 0055 | WELLS FARGO SERVICING CENTER | UNSECURED | 12,005.59 | 100.00% | 0.00 | 12,005.59 |
| 0056 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,908.83 | 100.00% | 0.00 | 2,908.83 |
| 0060 | AES/NCT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0061 | CAPITAL ONE BANK | UNSECURED | 4,975.44 | 100.00% | 0.00 | 4,975.44 |
| 0062 | VALLEY NATIONAL BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0063 | TRANSWORLD SYSTEMS, INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0064 | TRANSWORLD SYSTEMS, INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0065 | ECMC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0066 | WELLS FARGO AUTO FINANCE | VEHICLE SECURE | 3,398.03 | 100.00% | 0.00 | 3,398.03 |
| 0067 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 177.13 | 100.00% | 0.00 | 177.13 |
| 0068 | COMENITY CAPITAL BANK/PAYPAL CRED | UNSECURED | 1,252.89 | 100.00% | 0.00 | 1,252.89 |
| 0069 | UNITED STATES TREASURY/IRS | UNSECURED | 2,122.07 | 100.00% | 0.00 | 2,122.07 |
| 0070 | M&T BANK | (NEW) MTG Agree | 9,491.40 | 100.00% | 0.00 | 9,491.40 |

**Total Paid: $14,920.17**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2019.

Receipts: $16,809.00    -    Paid to Claims: $11,438.69    -    Admin Costs Paid: $3,481.48    =    Funds on Hand: $1,888.83

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.