**GOLDMAN & BESLOW, LLC**
**Attorneys at Law**
7 Glenwood Avenue
East Orange, New Jersey    07017
Tel. 973-677-9000

David G. Beslow, Esq. #DGB-5300
Attorneys for Debtors, Joseph William Nittoso and Therese Celeste Edwards

| | |
|---|---|
| In Re:<br><br>**JOSEPH WILLIAM NITTOSO,**<br>**THERESE CELESTE EDWARDS,**<br><br>Debtor. | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No. 17-35590/VFP<br><br>Chapter 13<br><br><br>**DEBTOR'S CERTIFICATION IN**<br>**SUPPORT OF CONFIRMATION OF**<br>**MODIFIED CHAPTER 13 PLAN** |

**THERESE CELESTE EDWARDS** hereby certifies that:

1. I am the Debtor in the above referenced bankruptcy case filed on December 22, 2017. I am preparing this certification in support of my modified Chapter 13 plan.

2. My original Chapter 13 plan was filed on December 22, 2017. The plan was confirmed on October 18, 2018 and an order confirming plan was entered on October 23, 2018. A copy of the order is on file with the Court.

3. My plan was confirmed with a 100 percent distribution to the unsecured creditors. The reason for this distribution was because my husband and I had substantial disposable monthly income, and we had the ability to make a Trustee payment in an amount to pay back all of our debts.

4. Unfortunately my husband recently became unemployed, and his only

source of income is New York State Unemployment. I have attached proof of his income as an Exhibit to this certification. This drastic reduction in our monthly income has made it impossible to maintain Trustee payments in the amount we originally proposed.

5.  Thankfully, I am still gainfully employed, and I actually net approximately $200.00 extra dollars each month. I have attached my most recent paystub as an Exhibit to this certification. Despite this limited increase in my income, as a family we still bring home substantially less income than we did at the time of filing.

6.  We have prepared a modified plan, seeking to reduce our payments to the Chapter 13 Trustee, and to reduce the distribution from 100 percent to a pro rata plan. We have also prepared an amended budget, which shows that we have drastically decreased our expenses to coincide with the substantial decrease in our income. We still have the ability to maintain a reasonable payment to the Trustee, just not one as large as when we originally filed the bankruptcy case.

7.  Our petition, plan and schedules were filed in good faith. We are completely current with our Chapter 13 Trustee payments, having paid $20,815.00 into our plan over the life of this case. It is our intention to complete our plan, cure our mortgage arrears, and ultimately receive a discharge and a fresh start with our lives.

8.  For these reasons, and any others that the Court deems fit to adopt, I respectfully request that the Court confirm our modified Chapter 13 plan.

**I HEREBY CERTIFY** that the foregoing statements made by me are true to the best of my knowledge, information, and belief. I am aware that if any of the foregoing is willfully false, I am subject to punishment for false swearing.

DATED:   March 7, 2019

_____
/S/ THERESE CELESTE EDWARDS
Debtor      3/7/19

OPERATING ENGINEERS LOCAL 825
65 SPRINGFIELD AVE
SPRINGFIELD, NJ 07081
973-671-6771

| | 03/07/2019 | Direct Deposit |
|---|---|---|
| | DATE | CHECK NO. |

PAY TO THE ORDER OF

THERESE C EDWARDS
110 LEXINGTON AVE
BLOOMFIELD NJ 07003

Total Net Direct Deposit(s)
**$3066.02**
AMOUNT

VOID THIS IS NOT A CHECK..........................................

BANK OF AMERICA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA BANKS

PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
THERESE C EDWARDS
110 LEXINGTON AVE
BLOOMFIELD, NJ 07003

Soc Sec #: XXX-XX-XXXX    Employee ID: 20251
Hire Date: 09/12/11
Status: FT
Filing Status:
Federal: Married, 0
State: NJ, Married, 0
Dept: 120

Pay Period: 02/18/19 to 03/03/19
Check Date: 03/07/19    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0529 | 3066.02 | 18649.14 |
| Net Pay | 3066.02 | 18649.14 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| HOURLY PAY | 103.02 | 49.7500 | | 440.07 | |
| SALARY | | | 3980.00 | | 19900.00 |
| HOLIDAY PAY | 8.00 | 49.7500 | | 40.00 | |
| PTO ANNUAL PAYO | | | | 88.00 | 4378.00 |
| PTO | | | | 16.00 | |
| *HOURS WORKED* | 103.02 | | | 440.07 | |
| ADJ EARNINGS | | | 3980.00 | | 24278.00 |
| *GROSS EARNINGS* | 111.02 | | 3980.00 | 584.07 | 24278.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 457.18 | 2830.64 |
| OASDI | 246.76 | 1505.24 |
| MEDICARE | 57.71 | 352.03 |
| STATE W/H NJ | 125.47 | 777.10 |
| STATE SDI NJ | 6.77 | 41.29 |
| STATE SUI NJ | 15.22 | 92.85 |
| NJ EE WORKFORCE DEV | 1.69 | 10.31 |
| NJ EMPLOYEE FLI | 3.18 | 19.40 |
| *TOTAL* | 913.98 | 5628.86 |

**NET PAY**

| CURRENT ($) | YTD ($) |
|---|---|
| 3066.02 | 18649.14 |

*Payrolls by Paychex, Inc.*
**0418-P665** OPERATING ENGINEERS LOCAL 825  ■  65 SPRINGFIELD AVE  ■  SPRINGFIELD, NJ 07081  ■  973-671-6771  ■

| Post Date | Description | Amount | Balance |
|---|---|---|---|
| 03/18/2019 12:06 | | | |
| 03/18/2019 08:45 | [company--> Paypal Desc--> Inst Xfer Class-->web] | | |
| 03/18/2019 08:45 | Ach Credit [company--> Nys Dol Ui Dd Desc--> Ui Dd Class-->ppd] | 393.75 | 2,010.14 |
| 03/18/2019 07:31 | | | |
| 03/18/2019 07:27 | | | |
| 03/17/2019 16:12 | | | |
| 03/17/2019 13:56 | | | |
| 03/17/2019 00:55 | | | |
| 03/16/2019 14:36 | | | |

*printer friendly version*

Account History for: Joseph-75

| Post Date | Description | Amount | Balance |
|---|---|---|---|
| 03/20/2019 08:39 | Ach Credit [company--> Nys Dol Ui Dd Desc--> Ui Dd Class-->ppd] | 393.75 | 3,178.98 |