Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−35590−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Joseph William Nittoso                     Therese Celeste Edwards
  110 Lexington Avenue                      110 Lexington Avenue
  Bloomfield, NJ 07003                       Bloomfield, NJ 07003

Social Security No.:
  xxx−xx−9820                                   xxx−xx−1628

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       10/17/19
Time:      02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman, Debtor's Attorney

COMMISSION OR FEES
$3152.14,

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

     ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

     ☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: reduced by $3152.14

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 4, 2019
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 17-35590-VFP
Joseph William Nittoso                                           Chapter 13
Therese Celeste Edwards
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3         Date Rcvd: Oct 04, 2019
                              Form ID: 137             Total Noticed: 78

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
```
db/jdb         +Joseph William Nittoso,   Therese Celeste Edwards,   110 Lexington Avenue,
                 Bloomfield, NJ 07003-5765
517242463       ACS Education Services,    C/o Acs,    Utica, NY 13501
517242462      +ACS Education Services,    Po Box 7052,    Utica, NY 13504-7052
517242465      +AES/Brazosus,   Pob 61047,    Harrisburg, PA 17106-1047
517242464      +AES/Brazosus,   Attn: Bankruptcy,    Po Box 8183,    Harrisburg, PA 17105-8183
517242466      +Aes/nct,   Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
517242468      +Aes/nct,   Pob 61047,    Harrisburg, PA 17106-1047
517242472      +Am Std Asst,    100 Cambridge St., Suite 1600,     Boston, MA 02114-2518
517242473      +Am Std Asst,    100 Cambridge St Ste 160,     Boston, MA 02114-2547
517242476      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517242477      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517360436       CACH, LLC its successors and assigns as assignee,     of Avant,   Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517242485      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517242484      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
517274620       ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
517242486       Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
517242487      +Equifax Credit Info. Services,Inc.,    P.O. Box 740241,    Atlanta, GA 30374-0241
517242488      +Experian,   P.O. Box 2002,    Allen, TX 75013-2002
517242489      +Experian,   P.O. Box 4500,    Allen, TX 75013-1311
517242491      +Linda Evans,    150 Madison Avenue,    Westfield, NJ 07090-4218
517242492     #+Linda Evans,    c/o Lawrence & Gerges LLC,    140 Mountain Avenue,    Suite 204,
                 Springfield, NJ 07081-1725
517242496      +M&T Bank,   c/o KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517242498       Midland Funding,    Att:  Pressler and Pressler, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517265608      +National Collegiate Student Loan Trust 2004-2,     Po Box 4275,   Norcross, GA 30091-4275
517265607      +National Collegiate Student Loan Trust 2005-3,     Po Box 4275,   Norcross, GA 30091-4275
517473799     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
517242500      +State of New Jersey,    Division of Taxation,    50 Barrack Street,   P.O. Box 269,
                 Trenton, NJ 08602-0269
517242501      +Suzanne Lashley,    824 Central Avenue,    Plainfield, NJ 07060-2333
517242502     #+Suzanne Lashley,    c/o Lawrence & Gerges LLC,    140 Mountain Avenue,    Suite 204,
                 Springfield, NJ 07081-1725
517242510      +Target,   Po Box 673,    Minneapolis, MN 55440-0673
517242509      +Target,   C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,   Minneapolis, MN 55440-9475
517242511       TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
517242512      +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19016-1000
517242513      +Valley National Bank,    1460 Valley Rd,    Wayne, NJ 07470-8494
517242516      +Wells Fargo Auto Finance,    Po Box 29704,    Phoenix, AZ 85038-9704
517242515      +Wells Fargo Auto Finance,    Attn: Bankruptcy,    Po Box 29704,   Phoenix, AZ 85038-9704
517242518      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
517242517      +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
517309049       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517280130      +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    St. Louis Park, MN 55426-4938
517320062      +Wells Fargo Bank, N.A. - Wells Fargo Auto Finance,     435 Ford Road, Suite 300,
                 St. Louis Park, MN 55426-4938
517242519      +Wf Pll,   P.o. Box 94435,    Albuquerque, NM 87199-4435
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2019 23:56:13     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2019 23:56:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2019 00:03:34
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
517242470      +E-mail/Text: ally@ebn.phinsolutions.com Oct 04 2019 23:54:57     Ally Financial,
                 Attn: Bankruptcy,   Po Box 380901,    Bloomington, MN 55438-0901
517281483       E-mail/Text: ally@ebn.phinsolutions.com Oct 04 2019 23:54:57     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
517242471      +E-mail/Text: ally@ebn.phinsolutions.com Oct 04 2019 23:54:57     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
517242474      +E-mail/Text: bk@avant.com Oct 04 2019 23:56:28     Avant Credit, Inc,   Attention Bankruptcy,
                 Po Box 9183380,    Chicago, IL 60691-3380
517242475      +E-mail/Text: bk@avant.com Oct 04 2019 23:56:28     Avant Credit, Inc,
                 222 N. Lasalle Suite 170,    Chicago, IL 60601-1101
```

```
District/off: 0312-2          User: admin              Page 2 of 3             Date Rcvd: Oct 04, 2019
                              Form ID: 137             Total Noticed: 78


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517242480      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 05 2019 00:03:16      Capital One,
                15000 Capital One Dr,    Richmond, VA 23238
517242478     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 05 2019 00:03:36      Capital One,
                Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517298516      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 05 2019 00:03:55
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517242482     +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2019 00:03:33      Care Credit,   PO Box 965036,
                Orlando, FL 32896-5036
517242483     +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2019 00:03:13      Care Credit,   P.O. Box 960061,
                Orlando, FL 32896-0061
517364716     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 04 2019 23:56:04
                Comenity Capital Bank/Paypal Credit,    c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,
                Seattle, WA 98121-3132
517242490      E-mail/Text: cio.bncmail@irs.gov Oct 04 2019 23:55:57      Internal Revenue Service,
                P.O. Box 21126,    Philadelphia, PA 19114-0326
517360443      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 05 2019 00:03:22
                LVNV Funding, LLC its successors and assigns as,    assignee of Capital One, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517242493     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 05 2019 00:03:22
                LVNV Funding/Resurgent Capital,    Po Box 10497,    Greenville, SC 29603-0497
517242495      E-mail/Text: camanagement@mtb.com Oct 04 2019 23:56:02      M & T Bank,   1 Fountain Plz,
                Buffalo, NY 14203
517242494      E-mail/Text: camanagement@mtb.com Oct 04 2019 23:56:02      M & T Bank,   Po Box 844,
                Buffalo, NY 14240
517365731      E-mail/Text: camanagement@mtb.com Oct 04 2019 23:56:02      M&T Bank,   P.O. Box 1288,
                Buffalo, NY 14240-1288
517242499     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 04 2019 23:56:11      Midland Funding,
                2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517242497     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 04 2019 23:56:11      Midland Funding,
                Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
517276050     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 04 2019 23:56:11      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
517258640      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2019 00:04:00
                Portfolio Recovery Associates, LLC,    c/o Cabelas Club,    POB 41067,    Norfolk VA 23541
518140065     +E-mail/Text: bncmail@w-legal.com Oct 04 2019 23:56:18      SYNCHRONY BANK,
                C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121,
                SYNCHRONY BANK,    C/O WEINSTEIN & RILEY, PS 98121-3132
518140064     +E-mail/Text: bncmail@w-legal.com Oct 04 2019 23:56:18      SYNCHRONY BANK,
                C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517245620     +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2019 00:03:35      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517242504     +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2019 00:03:34      Synchrony Bank/ HH Gregg,
                C/o Po Box 965036,    Orlando, FL 32896-0001
517242503     +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2019 00:03:14      Synchrony Bank/ HH Gregg,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517242505     +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2019 00:03:13      Synchrony Bank/Chevron,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517242506     +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2019 00:03:13      Synchrony Bank/Chevron,
                P.o Box 965015,    Orlando, FL 32896-5015
517242507     +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2019 00:03:14      Synchrony Bank/Linen N' Things,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517242508     +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2019 00:03:14      Synchrony Bank/Linen N' Things,
                Po Box 965005,    Orlando, FL 32896-5005
517367273     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2019 00:03:24      Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517242520     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 05 2019 00:03:16
                Worlds Foremost Bank N,    Attn: Bankruptcy,    4800 Nw 1st St,    Lincoln, NE 68521-4463
517242521     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 05 2019 00:03:16
                Worlds Foremost Bank N,    4800 Nw 1st Street,    Lincoln, NE 68521-4463
                                                                                              TOTAL: 36

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517242469*    +Aes/nct,   Pob 61047,    Harrisburg, PA 17106-1047
517242467*    +Aes/nct,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
517242481*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
517242479*    +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517242514*    +Valley National Bank,    1460 Valley Rd,    Wayne, NJ 07470-8494
                                                                                      TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 3 of 3          Date Rcvd: Oct 04, 2019
                              Form ID: 137             Total Noticed: 78
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
          David G. Beslow    on behalf of Debtor Joseph William Nittoso yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          David G. Beslow    on behalf of Joint Debtor Therese Celeste Edwards yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark Goldman    on behalf of Joint Debtor Therese Celeste Edwards yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Mark Goldman    on behalf of Debtor Joseph William Nittoso yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Rebecca Ann Solarz    on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 9
```