UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677-9000
David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor(s)

---

In Re:

THERESE CELESTE EDWARDS
JOSEPH WILLIAM NITTOSO,
        Debtors

Case No.:   17-35590

Judge:   VFP

Chapter:   13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by _____ M&T Bank _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

I had received an escrow account shortfall notice and believed my new mortgage payment for 2019 was going to be $2,523.24 instead of $2,958.84. I also made an additional payment of $5,046.48 on October 31, 2019 (see attached) which is not reflected in the creditor's certification. I will make the November 2019 payment and any other go-forward payments at the $2,958.84 amount. I will

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 11/14/2019                                         /s/ Therese Celeste Edwards
                                                         Debtor's Signature

Date: _____                                     _____
                                                         Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

Actors Federal Credit Union
165 West 46th Street
New York NY 10036-2508


                    A C H   A C C O U N T   O D P   N O T I C E

THERE WERE INSUFFICIENT FUNDS AVAILABLE WHEN THE ITEM(S) APPEARING
BELOW WAS PRESENTED, THEREFORE IT WAS PAID USING YOUR OVERDRAFT
PRIVILEGE. PLEASE MAKE A DEPOSIT SUFFICIENT TO COVER YOUR NEGATIVE
BALANCE WITHIN THE NEXT TEN DAYS.


ADDITIONAL INFORMATION AT:      TELEPHONE: 212 869-8926

DATE OF NOTICE: 04NOV19         ACCOUNT NUMBER

| DATE PROCESSED | TRANSACTION AMOUNT | AVAILABLE BALANCE | TRACE NUMBER | CHARGE/FEE AMOUNT |
|---|---|---|---|---|
| 04NOV19 | 5046.48- | 4889.98 | 022000048374697 | 27.00 |
| COMPANY: | M&T BANK | MORT PYMT | | |


JOSEPH W NITTOSO
110 LEXINGTON AVENUE
BLOOMFIELD NJ 07003