GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 17-35590

Re:   JOSEPH WILLIAM NITTOSO           Atty:  GOLDMAN & BESLOW, LLC
      THERESE CELESTE EDWARDS                 ATTORNEYS AT LAW
      110 LEXINGTON AVENUE                    7 GLENWOOD AVE, SUITE 311B
      BLOOMFIELD, NJ 07003                    EAST ORANGE, NJ 07017

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $81,991.25**

## RECEIPTS AS OF 01/15/2020      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/03/2018 | $1,200.00 | 4566816000  - | 02/12/2018 | $1,200.00 | 4663488000  - |
| 03/12/2018 | $1,200.00 | 4746264000  - | 04/25/2018 | $1,200.00 | 4859586000 |
| 05/17/2018 | $1,200.00 | 4921088000 | 06/27/2018 | $1,200.00 | 5022061000 |
| 07/30/2018 | $1,200.00 | 5102650000 | 08/28/2018 | $1,200.00 | 5185197000 |
| 09/28/2018 | $1,200.00 | 5263442000 | 10/23/2018 | $1,200.00 | 5331139000 |
| 10/31/2018 | $803.00 | 5351725000 | 12/03/2018 | $2,003.00 | 5432288000 |
| 12/28/2018 | $2,003.00 | 5495462000 | 01/29/2019 | $2,003.00 | 5575363000 |
| 02/26/2019 | $2,003.00 | 5651369000 | 03/28/2019 | $1,200.00 | 5733430000 |
| 04/17/2019 | $1,200.00 | 5787505000 | 05/31/2019 | $1,200.00 | 5899062000 |
| 06/25/2019 | $1,200.00 | 5961926000 | 07/29/2019 | $1,200.00 | 6042660000 |
| 08/26/2019 | $1,200.00 | 6117819000 | 09/25/2019 | $1,200.00 | 6198960000 |
| 10/28/2019 | $1,200.00 | 6281790000 | 12/02/2019 | $1,200.00 | 6367088000 |
| 12/24/2019 | $1,200.00 | 6426743000 | | | |

**Total Receipts: $32,815.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $32,815.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020      (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL | | | | | | |
| | 03/18/2019 | $15.53 | 821,268 | 04/15/2019 | $13.84 | 823,314 |
| | 05/20/2019 | $16.59 | 825,290 | 07/15/2019 | $8.44 | 829,177 |
| | 08/19/2019 | $8.44 | 831,119 | 09/16/2019 | $8.44 | 833,159 |
| | 01/13/2020 | $8.79 | 841,080 | | | |
| M&T BANK | | | | | | |
| | 02/11/2019 | $47.59 | 819,091 | 02/11/2019 | $163.77 | 819,091 |
| | 03/18/2019 | $1,344.45 | 821,038 | 03/18/2019 | $390.67 | 821,038 |
| | 04/15/2019 | $390.67 | 823,074 | 04/15/2019 | $1,344.45 | 823,074 |
| | 05/20/2019 | $468.10 | 825,034 | 05/20/2019 | $1,610.94 | 825,034 |
| | 07/15/2019 | $819.98 | 828,945 | 07/15/2019 | $238.27 | 828,945 |
| | 08/19/2019 | $819.99 | 830,842 | 08/19/2019 | $238.27 | 830,842 |
| | 09/16/2019 | $819.99 | 832,910 | 09/16/2019 | $238.27 | 832,910 |
| | 12/16/2019 | $227.40 | 838,911 | 12/16/2019 | $66.08 | 838,911 |
| | 01/13/2020 | $626.74 | 840,788 | 01/13/2020 | $439.20 | 840,788 |

**Chapter 13 Case # 17-35590**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| STATE OF NJ | | | | | | | |
| | 11/19/2018 | $2,469.17 | 814,583 | | 12/17/2018 | $608.78 | 816,477 |
| | 01/14/2019 | $608.77 | 818,401 | | 02/11/2019 | $534.62 | 820,296 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 11/19/2018 | $5,191.86 | 8,000,804 | | 12/17/2018 | $1,280.05 | 8,000,842 |
| | 01/14/2019 | $1,280.06 | 8,000,885 | | 02/11/2019 | $1,124.13 | 8,000,931 |
| WELLS FARGO AUTO FINANCE | | | | | | | |
| | 02/11/2019 | $17.04 | 820,526 | | 03/18/2019 | $139.86 | 822,563 |
| | 04/15/2019 | $139.86 | 824,540 | | 05/20/2019 | $167.59 | 826,602 |
| | 07/15/2019 | $85.30 | 830,358 | | 08/19/2019 | $85.30 | 832,436 |
| | 09/16/2019 | $85.30 | 834,375 | | 12/16/2019 | $23.66 | 840,341 |
| | 01/13/2020 | $65.20 | 842,240 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,648.44 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,747.51 | 100.00% | 5,747.51 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ACS EDUCATION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AES/BRAZOSUS | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | AES/NCT | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | ALLY FINANCIAL | VEHICLE SECURE | 336.31 | 100.00% | 80.07 | |
| 0009 | AM STD ASST | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CACH LLC | UNSECURED | 7,839.50 | * | 0.00 | |
| 0013 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CAPITAL ONE BANK (USA) NA | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | MIDLAND FUNDING LLC | UNSECURED | 4,154.77 | * | 0.00 | |
| 0019 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | UNITED STATES TREASURY/IRS | PRIORITY | 8,876.10 | 100.00% | 8,876.10 | |
| 0026 | LVNV FUNDING LLC | UNSECURED | 14,411.56 | * | 0.00 | |
| 0027 | LINDA EVANS | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | M&T BANK | MORTGAGE ARRE | 32,663.84 | 100.00% | 7,777.71 | |
| 0032 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | STATE OF NJ | PRIORITY | 4,221.34 | 100.00% | 4,221.34 | |
| 0036 | SUZANNE LASHLEY | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | SYNCHRONY BANK/ HH GREGG | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | SYNCHRONY BANK/CHEVRON | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | SYNCHRONY BANK/LINEN N' THINGS | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | TARGET | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | VALLEY NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | WELLS FARGO AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | WELLS FARGO CARD SERVICES | UNSECURED | 4,333.63 | * | 0.00 | |
| 0055 | WELLS FARGO SERVICING CENTER | UNSECURED | 12,005.59 | * | 0.00 | |
| 0056 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,908.83 | * | 0.00 | |
| 0060 | AES/NCT | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | CAPITAL ONE BANK (USA) NA | UNSECURED | 4,975.44 | * | 0.00 | |
| 0062 | VALLEY NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | TRANSWORLD SYSTEMS, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | TRANSWORLD SYSTEMS, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | ECMC | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | WELLS FARGO AUTO FINANCE | VEHICLE SECURE | 3,398.03 | 100.00% | 809.11 | |
| 0067 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 177.13 | * | 0.00 | |
| 0068 | SYNCHRONY BANK | UNSECURED | 1,252.89 | * | 0.00 | |
| 0069 | UNITED STATES TREASURY/IRS | UNSECURED | 2,122.07 | * | 0.00 | |
| 0070 | M&T BANK | (NEW) MTG Agree | 19,956.64 | 100.00% | 2,517.12 | |

**Total Paid: $31,677.40**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $32,815.00    -    Paid to Claims: $24,281.45    -    Admin Costs Paid: $7,395.95    =    Funds on Hand: $1,137.60

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.