**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
(973)-677-9000
Mark Goldman #MG-8019

*Attorneys for Debtor(s)*

Order Filed on April 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
  Joseph W. Nittoso
  Theresa Celeste Edwards

         Debtors

Case No.:    17-35590

Chapter:     13

Judge:       VFP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through two (2) is hereby ORDERED.

DATED: April 17, 2020

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page:        2
Debtor(s):   Joseph W. Nittoso and Theresa Edwards
Case No.:    17-35590/VFP

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $ _800.00_ for services rendered and expenses in the amount of $__ for a total of $800.00 of which 0_ has already been received by said attorney and of which the balance of $800.00 shall be paid by the Chapter 13 Standing Trustee.  The allowance shall be payable:

_XX_   through the Chapter 13 Plan as an administrative priority.

___   outside the plan.

The debtor's monthly plan is modified to require a payment of n/a per month for n/a to allow for payment of the aforesaid fee.