| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| GOLDMAN & BESLOW, LLC |
| Attorneys at Law |
| 7 Glenwood Avenue - Suite 311B |
| East Orange, New Jersey   07017 |
| (973)-677-9000 |
| Mark Goldman #MG-8019 |
| *Attorneys for Debtor(s)* |

Order Filed on April 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 17-35590 |
| Joseph W. Nittoso | | |
| Theresa Celeste Edwards | Chapter: | 13 |
| | Judge: | VFP |
| Debtors | | |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through two (2) is hereby ORDERED.

DATED: April 17, 2020

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page:        2
Debtor(s):   Joseph W. Nittoso and Theresa Edwards
Case No.:    17-35590/VFP

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $ _800.00_ for services rendered and expenses in the amount of $__ for a total of $800.00 of which 0_ has already been received by said attorney and of which the balance of $800.00 shall be paid by the Chapter 13 Standing Trustee. The allowance shall be payable:

_XX_   through the Chapter 13 Plan as an administrative priority.

___   outside the plan.

The debtor's monthly plan is modified to require a payment of n/a per month for n/a to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph William Nittoso  
Therese Celeste Edwards  
    Debtors

Case No. 17-35590-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 17, 2020  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2020.  
db/jdb      +Joseph William Nittoso,   Therese Celeste Edwards,   110 Lexington Avenue,   Bloomfield, NJ 07003-5765

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2020 at the address(es) listed below:

      David G. Beslow   on behalf of Debtor Joseph William Nittoso yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
      David G. Beslow   on behalf of Joint Debtor Therese Celeste Edwards yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
      Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Kevin Gordon McDonald   on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Mark Goldman   on behalf of Debtor Joseph William Nittoso yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
      Mark Goldman   on behalf of Joint Debtor Therese Celeste Edwards yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
      Rebecca Ann Solarz   on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                  TOTAL: 9