| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO<br>1300 Route 73, Suite 307<br>Mt. Laurel, New Jersey 08054<br>(856) 778-5544<br>Regina Cohen, Esquire<br>Attorneys for Ally Financial Inc.<br>rcohen@lavin-law.com | |
| In Re:<br><br>JOSEPH WILLIAM NITTOSO and<br>THERESE CELESTE EDWARDS<br><br>Debtors | Case No.: 17-35590(VFP)<br>Chapter: 13<br>Judge: Vincent F. Papalia |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Ally Financial Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Regina Cohen, Esquire
Lavin, Cedrone, Graver, Boyd & DiSipio
1300 Route 73
Suite 307
Mt. Laurel, New Jersey 08054

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: June 1, 2021             /s/ Regina Cohen
                               Regina Cohen, Esquire
                               Lavin, Cedrone, Graver, Boyd & DiSipio
                               Attorneys for Ally Financial Inc.

2249857v1