UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Lavin, Cedrone, Graver, Boyd & DiSipio
1300 Route 73, Suite 307
Mt. Laurel, NJ 08054
(856) 778-5544
Attorneys for Ally Financial Inc.

IN RE:

JOSEPH WILLIAM NITTOSO and
THERESE CELESTE EDWARDS

Debtors

Case No. 17-35590(VFP)

Chapter 13

Hearing Date: August 5, 2021 at 10:00 a.m.

Judge: Vincent F. Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified bellow has been:

☐ Settled    ■ Withdrawn

Matter: Ally Financial Inc.'s Motion for Relief from Stay

Date: August 2, 2021

/s/ Regina Cohen
Signature

2264551v1