# CERTIFICATE OF DEATH

**STATE FILE NUMBER**
20210008804

**DECEASED NAME**
JOSEPH WILLIAM NITTOSO

| | | |
|---|---|---|
| **DATE OF BIRTH** 06/02/1978 | **SEX** MALE | **DATE OF DEATH** 01/26/2021 |
| **PLACE OF DEATH** BLOOMFIELD TOWNSHIP | | **COUNTY OF DEATH** ESSEX |
| **RESIDENCE ADDRESS** 110 LEXINGTON AVE | | **SOCIAL SECURITY NUMBER** |
| **MUNICIPALITY OF RESIDENCE** BLOOMFIELD TOWNSHIP | | **COUNTY OF RESIDENCE** ESSEX |
| **DOMESTIC STATUS** MARRIED | | **SURVIVING SPOUSE/PARTNER** (Name given at birth or on birth certificate) THERESE EDWARDS |

**MANNER OF DEATH:** SUICIDE

**CAUSE OF DEATH:**
INTRAORAL GUNSHOT WOUND OF THE HEAD

**DATE ISSUED:** FEBRUARY 8, 2021

**DATE FILED WITH REGISTRAR:** 02/05/2021          **AMENDED DATE:**

**ISSUED BY:**
New Jersey Department of Health, Office of Vital Statistics and Registry

This is to certify that the above is correctly copied from a record on file in my office.

Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.



Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry



REG-42A
JUN 14

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED