GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

Re:  ESTATE OF JOSEPH WILLIAM NITTOSO
THERESE CELESTE EDWARDS
110 LEXINGTON AVENUE
BLOOMFIELD,  NJ  07003

Atty:  GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 17-35590

NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $83,214.96

## RECEIPTS AS OF 01/14/2022     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 01/03/2018 | $1,200.00 | 4566816000   - | 02/12/2018 | $1,200.00 | 4663488000   - |
| 03/12/2018 | $1,200.00 | 4746264000   - | 04/25/2018 | $1,200.00 | 4859586000 |
| 05/17/2018 | $1,200.00 | 4921088000 | 06/27/2018 | $1,200.00 | 5022061000 |
| 07/30/2018 | $1,200.00 | 5102650000 | 08/28/2018 | $1,200.00 | 5185197000 |
| 09/28/2018 | $1,200.00 | 5263442000 | 10/23/2018 | $1,200.00 | 5331139000 |
| 10/31/2018 | $803.00 | 5351725000 | 12/03/2018 | $2,003.00 | 5432288000 |
| 12/28/2018 | $2,003.00 | 5495462000 | 01/29/2019 | $2,003.00 | 5575343000 |
| 02/26/2019 | $2,003.00 | 5651369000 | 03/28/2019 | $1,200.00 | 5733430000 |
| 04/17/2019 | $1,200.00 | 5787505000 | 05/31/2019 | $1,200.00 | 5899062000 |
| 06/25/2019 | $1,200.00 | 5961926000 | 07/29/2019 | $1,200.00 | 6042660000 |
| 08/26/2019 | $1,200.00 | 6117819000 | 09/25/2019 | $1,200.00 | 6198960000 |
| 10/28/2019 | $1,200.00 | 6281790000 | 12/02/2019 | $1,200.00 | 6367088000 |
| 12/24/2019 | $1,200.00 | 6426743000 | 01/27/2020 | $1,464.00 | 6505149000 |
| 03/02/2020 | $1,200.00 | 6599259000 | 03/04/2020 | ($1,200.00) | 6599259000 |
| 04/03/2020 | $2,800.00 | | 05/05/2020 | $1,400.00 | |
| 06/05/2020 | $1,400.00 | | 07/09/2020 | $1,400.00 | |
| 07/31/2020 | $1,400.00 | | 09/09/2020 | $1,400.00 | |
| 09/24/2020 | $1,400.00 | | 10/23/2020 | $1,400.00 | |
| 11/30/2020 | $1,400.00 | | 12/30/2020 | $1,400.00 | |
| 01/28/2021 | $1,400.00 | | 03/05/2021 | $1,400.00 | |
| 04/05/2021 | $1,400.00 | | 05/04/2021 | $1,400.00 | |
| 06/02/2021 | $1,400.00 | | 07/06/2021 | $1,400.00 | |
| 08/03/2021 | $1,400.00 | | 09/03/2021 | $1,400.00 | |
| 10/06/2021 | $1,400.00 | | 11/04/2021 | $1,400.00 | |
| 12/03/2021 | $1,400.00 | | 01/06/2022 | $1,400.00 | |

**Total Receipts:  $66,479.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $66,479.00**

Chapter 13 Case # 17-35590

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ALLY FINANCIAL | | | | | | | |
| | 03/18/2019 | $15.53 | 821,268 | | 04/15/2019 | $13.84 | 823,314 |
| | 05/20/2019 | $16.59 | 825,290 | | 07/15/2019 | $8.44 | 829,177 |
| | 08/19/2019 | $8.44 | 831,119 | | 09/16/2019 | $8.44 | 833,159 |
| | 01/13/2020 | $8.79 | 841,080 | | 02/10/2020 | $6.45 | 842,955 |
| | 03/16/2020 | $7.87 | 844,860 | | 04/20/2020 | $9.76 | 846,805 |
| | 05/18/2020 | $7.15 | 848,731 | | 06/15/2020 | $7.35 | 850,408 |
| | 07/20/2020 | $7.35 | 852,197 | | 08/17/2020 | $7.35 | 854,073 |
| | 09/21/2020 | $7.35 | 855,874 | | 10/19/2020 | $7.35 | 857,771 |
| | 11/16/2020 | $7.35 | 859,564 | | 12/21/2020 | $7.35 | 861,384 |
| | 01/11/2021 | $7.35 | 863,187 | | 02/22/2021 | $7.34 | 864,842 |
| | 03/15/2021 | $7.35 | 866,719 | | 04/19/2021 | $7.34 | 868,376 |
| | 05/17/2021 | $7.46 | 870,290 | | 06/21/2021 | $7.46 | 872,088 |
| | 07/19/2021 | $7.46 | 873,896 | | 08/16/2021 | $7.46 | 875,579 |
| | 09/20/2021 | $7.47 | 877,305 | | 10/18/2021 | $7.54 | 879,084 |
| | 11/17/2021 | $7.54 | 880,795 | | 12/13/2021 | $7.55 | 882,430 |
| | 01/10/2022 | $7.94 | 884,085 | | | | |
| M&T BANK | | | | | | | |
| | 02/11/2019 | $163.77 | 819,091 | | 02/11/2019 | $47.59 | 819,091 |
| | 03/18/2019 | $390.67 | 821,038 | | 03/18/2019 | $1,344.45 | 821,038 |
| | 04/15/2019 | $390.67 | 823,074 | | 04/15/2019 | $1,344.45 | 823,074 |
| | 05/20/2019 | $468.10 | 825,034 | | 05/20/2019 | $1,610.94 | 825,034 |
| | 07/15/2019 | $819.98 | 828,945 | | 07/15/2019 | $238.27 | 828,945 |
| | 08/19/2019 | $819.99 | 830,842 | | 08/19/2019 | $238.27 | 830,842 |
| | 09/16/2019 | $238.27 | 832,910 | | 09/16/2019 | $819.99 | 832,910 |
| | 12/16/2019 | $66.08 | 838,911 | | 12/16/2019 | $227.40 | 838,911 |
| | 01/13/2020 | $439.20 | 840,788 | | 01/13/2020 | $626.74 | 840,788 |
| | 02/10/2020 | $626.74 | 842,667 | | 02/10/2020 | $439.20 | 842,667 |
| | 03/16/2020 | $764.63 | 844,530 | | 03/16/2020 | $535.83 | 844,530 |
| | 04/20/2020 | $664.06 | 846,477 | | 04/20/2020 | $947.61 | 846,477 |
| | 05/18/2020 | $694.18 | 848,434 | | 05/18/2020 | $486.46 | 848,434 |
| | 06/15/2020 | $713.46 | 850,113 | | 06/15/2020 | $499.97 | 850,113 |
| | 07/20/2020 | $713.46 | 851,870 | | 07/20/2020 | $499.97 | 851,870 |
| | 08/17/2020 | $713.46 | 853,758 | | 08/17/2020 | $499.97 | 853,758 |
| | 09/21/2020 | $713.46 | 855,529 | | 09/21/2020 | $499.97 | 855,529 |
| | 10/19/2020 | $499.97 | 857,440 | | 10/19/2020 | $713.46 | 857,440 |
| | 11/16/2020 | $713.46 | 859,235 | | 11/16/2020 | $499.97 | 859,235 |
| | 12/21/2020 | $499.97 | 861,010 | | 12/21/2020 | $713.46 | 861,010 |
| | 01/11/2021 | $499.97 | 862,892 | | 01/11/2021 | $713.46 | 862,892 |
| | 02/22/2021 | $713.46 | 864,436 | | 02/22/2021 | $499.97 | 864,436 |
| | 03/15/2021 | $499.98 | 866,392 | | 03/15/2021 | $713.46 | 866,392 |
| | 04/19/2021 | $499.97 | 867,964 | | 04/19/2021 | $713.46 | 867,964 |
| | 05/17/2021 | $725.03 | 869,913 | | 05/17/2021 | $508.09 | 869,913 |
| | 06/21/2021 | $725.03 | 871,673 | | 06/21/2021 | $508.08 | 871,673 |
| | 07/19/2021 | $508.08 | 873,529 | | 07/19/2021 | $725.03 | 873,529 |
| | 08/16/2021 | $725.03 | 875,216 | | 08/16/2021 | $508.08 | 875,216 |
| | 09/20/2021 | $725.03 | 876,936 | | 09/20/2021 | $508.08 | 876,936 |
| | 10/18/2021 | $732.74 | 878,729 | | 10/18/2021 | $513.49 | 878,729 |
| | 11/17/2021 | $513.49 | 880,435 | | 11/17/2021 | $732.74 | 880,435 |
| | 12/13/2021 | $732.74 | 882,081 | | 12/13/2021 | $513.49 | 882,081 |
| | 01/10/2022 | $540.14 | 883,726 | | 01/10/2022 | $770.78 | 883,726 |
| STATE OF NJ | | | | | | | |
| | 11/19/2018 | $2,469.17 | 814,583 | | 12/17/2018 | $608.78 | 816,477 |
| | 01/14/2019 | $608.77 | 818,401 | | 02/11/2019 | $534.62 | 820,296 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 11/19/2018 | $5,191.86 | 0 | | 12/17/2018 | $1,280.05 | 0 |
| | 01/14/2019 | $1,280.06 | 0 | | 02/11/2019 | $1,124.13 | 8,000,931 |

Chapter 13 Case # 17-35590

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| WELLS FARGO AUTO FINANCE | | | | | | | |
| | 02/11/2019 | $17.04 | 820,526 | | 03/18/2019 | $139.86 | 822,563 |
| | 04/15/2019 | $139.86 | 824,540 | | 05/20/2019 | $167.59 | 826,602 |
| | 07/15/2019 | $85.30 | 830,358 | | 08/19/2019 | $85.30 | 832,436 |
| | 09/16/2019 | $85.30 | 834,375 | | 12/16/2019 | $23.66 | 840,341 |
| | 01/13/2020 | $65.20 | 842,240 | | 02/10/2020 | $65.20 | 844,109 |
| | 03/16/2020 | $79.54 | 846,065 | | 04/20/2020 | $98.58 | 848,036 |
| | 05/18/2020 | $72.22 | 849,770 | | 06/15/2020 | $74.22 | 851,468 |
| | 07/20/2020 | $74.22 | 853,357 | | 08/17/2020 | $74.22 | 855,161 |
| | 09/21/2020 | $74.22 | 857,067 | | 10/19/2020 | $74.22 | 858,881 |
| | 11/16/2020 | $74.22 | 860,645 | | 12/21/2020 | $74.22 | 862,561 |
| | 01/11/2021 | $74.22 | 864,116 | | 02/22/2021 | $74.22 | 866,092 |
| | 03/15/2021 | $74.22 | 867,659 | | 04/19/2021 | $74.22 | 869,578 |
| | 05/17/2021 | $75.43 | 871,366 | | 06/21/2021 | $75.43 | 873,225 |
| | 07/19/2021 | $75.43 | 874,933 | | 08/16/2021 | $75.43 | 876,643 |
| | 09/20/2021 | $75.43 | 878,438 | | 10/18/2021 | $76.23 | 880,164 |
| | 11/17/2021 | $76.23 | 881,829 | | 12/13/2021 | $76.23 | 883,474 |
| | 12/15/2021 | ($76.23) | 880,164 | | 01/10/2022 | $87.37 | 885,119 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,999.54 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,547.51 | 100.00% | 6,547.51 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ACS EDUCATION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AES/BRAZOSUS | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | AES/NCT | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | ALLY FINANCIAL | VEHICLE SECURI | 336.31 | 100.00% | 260.01 | |
| 0009 | AM STD ASST | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CACH LLC | UNSECURED | 7,839.50 | * | 0.00 | |
| 0013 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CAPITAL ONE BANK (USA) NA | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | MIDLAND FUNDING LLC | UNSECURED | 4,154.77 | * | 0.00 | |
| 0019 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | UNITED STATES TREASURY/IRS | PRIORITY | 8,876.10 | 100.00% | 8,876.10 | |
| 0026 | LVNV FUNDING LLC | UNSECURED | 14,411.56 | * | 0.00 | |
| 0027 | LINDA EVANS | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | M&T BANK | MORTGAGE ARRE | 32,663.84 | 100.00% | 25,253.08 | |
| 0032 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | STATE OF NJ | PRIORITY | 4,221.34 | 100.00% | 4,221.34 | |
| 0036 | SUZANNE LASHLEY | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | SYNCHRONY BANK/ HH GREGG | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | SYNCHRONY BANK/CHEVRON | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | SYNCHRONY BANK/LINEN N' THINGS | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | TARGET | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | VALLEY NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | WELLS FARGO AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | WELLS FARGO CARD SERVICES | UNSECURED | 4,333.63 | * | 0.00 | |
| 0055 | WELLS FARGO SERVICING CENTER | UNSECURED | 12,005.59 | * | 0.00 | |
| 0056 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,908.83 | * | 0.00 | |
| 0060 | AES/NCT | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | CAPITAL ONE BANK (USA) NA | UNSECURED | 4,975.44 | * | 0.00 | |
| 0062 | VALLEY NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | TRANSWORLD SYSTEMS, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | TRANSWORLD SYSTEMS, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | ECMC | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 17-35590**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|--------------:|-------------------:|-----:|------------------|
| 0066 | WELLS FARGO AUTO FINANCE | VEHICLE SECURE | 3,398.03 | 100.00% | 2,558.05 | |
| 0067 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 177.13 | * | 0.00 | |
| 0068 | SYNCHRONY BANK | UNSECURED | 1,252.89 | * | 0.00 | |
| 0069 | UNITED STATES TREASURY/IRS | UNSECURED | 2,122.07 | * | 0.00 | |
| 0070 | M&T BANK | (NEW) MTG Agree | 19,956.64 | 100.00% | 14,763.37 | |
| 0071 | M&T BANK | (NEW) MTG Agree | 0.00 | 100.00% | 0.00 | |

**Total Paid:  $66,479.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $66,479.00          -     Paid to Claims: $55,931.95     -     Admin Costs Paid: $10,547.05  =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.