| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue, Suite 311B<br>East Orange, NJ 07017<br>(973) 677-9000<br><br>David G. Beslow, Esq. DGB-5300 | Case No.: 17-35590<br><br>Chapter: 13 |
| In Re:<br><br>JOSEPH NITTOSO,<br><br>THERESE EDWARDS | Adv. No.: Click or tap here to enter text.<br><br>Hearing Date: Click or tap here to enter text.<br><br>Judge: Hon. Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, Yamis Rodriguez:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Mark Goldman, who represents Debtor in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On March 18, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    -Application for Extension of Loss Mitigation Period
    -Proposed Order
    -Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   3/18/22                                                    /s/ Yamis Rodriguez
                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie Ann Greenberg, Esq., Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronically Mailed<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of The United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronically<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| M&T Bank<br>P.O. Box 1288<br>Buffalo, NY 14240<br>**ATTN: TO AN OFFICER, MANAGING OR GENERAL AGENT OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE OF PROCESS** | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Electronically<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Josehp Nittoso & Therese Edwards<br>110 Lexington Avenue<br>Bloomfield, NJ 07003 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Click or tap here to enter text. | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*