Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−35590−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph William Nittoso
110 Lexington Avenue
Bloomfield, NJ 07003

Therese Celeste Edwards
110 Lexington Avenue
Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−9820

                                                    xxx−xx−1628

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/2/22 at 10:00 AM

to consider and act upon the following:

**90** − Creditor's Certification of Default (related document:28 Motion for Relief from Stay re: re: 110 Lexington Avenue, Bloomfield, NJ, 07003. Fee Amount $ 181. filed by Creditor M&T BANK, 33 Order on Motion For Relief From Stay, 55 Creditor's Certification of Default filed by Creditor M&T BANK, 60 Order (Generic)) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 05/5/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**91** − Certification in Opposition to (related document:90 Creditor's Certification of Default (related document:28 Motion for Relief from Stay re: re: 110 Lexington Avenue, Bloomfield, NJ, 07003. Fee Amount $ 181. filed by Creditor M&T BANK, 33 Order on Motion For Relief From Stay, 55 Creditor's Certification of Default filed by Creditor M&T BANK, 60 Order (Generic)) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 05/5/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T BANK) filed by David G. Beslow on behalf of Therese Celeste Edwards, Joseph William Nittoso. (Beslow, David)

Dated: 5/5/22

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court