Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−35590−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph William Nittoso
110 Lexington Avenue
Bloomfield, NJ 07003

Therese Celeste Edwards
110 Lexington Avenue
Bloomfield, NJ 07003

Social Security No.:
xxx−xx−9820

xxx−xx−1628

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/2/22 at 10:00 AM

to consider and act upon the following:

**90** − Creditor's Certification of Default (related document:28 Motion for Relief from Stay re: re: 110 Lexington Avenue, Bloomfield, NJ, 07003. Fee Amount $ 181. filed by Creditor M&T BANK, 33 Order on Motion For Relief From Stay, 55 Creditor's Certification of Default filed by Creditor M&T BANK, 60 Order (Generic)) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 05/5/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**91** − Certification in Opposition to (related document:90 Creditor's Certification of Default (related document:28 Motion for Relief from Stay re: re: 110 Lexington Avenue, Bloomfield, NJ, 07003. Fee Amount $ 181. filed by Creditor M&T BANK, 33 Order on Motion For Relief From Stay, 55 Creditor's Certification of Default filed by Creditor M&T BANK, 60 Order (Generic)) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 05/5/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T BANK) filed by David G. Beslow on behalf of Therese Celeste Edwards, Joseph William Nittoso. (Beslow, David)

Dated: 5/5/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Joseph William Nittoso  
Therese Celeste Edwards  
    Debtors

Case No. 17-35590-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: May 05, 2022     Form ID: ntchrgbk     Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Joseph William Nittoso, Therese Celeste Edwards, 110 Lexington Avenue, Bloomfield, NJ 07003-5765 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | May 05 2022 20:41:22 | AIS Portfolio Services, LP Attn: Ally Financial De, 4515 N Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| cr | Email/Text: ally@ebn.phinsolutions.com | May 05 2022 20:39:00 | Ally Financial Inc., PO Box 130424, Roseville, MN 55113-0004 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | May 05 2022 20:41:08 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | |

| | |
|---|---|
| | on behalf of Joint Debtor Therese Celeste Edwards yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | |
| | on behalf of Debtor Joseph William Nittoso yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | |
| | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Mark Goldman | |
| | on behalf of Joint Debtor Therese Celeste Edwards yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Mark Goldman | |
| | on behalf of Debtor Joseph William Nittoso yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Rebecca Ann Solarz | |
| | on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com |
| Regina Cohen | |
| | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10