UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Therese Edwards, Joseph William Nittoso

Case No.: 17-35590 VFP
Chapter: 13
Hearing Date: 06/02/2022
Judge: Vincent F. Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Creditor's Certification of Default filed on April 21, 2022, document number 90

_____

Date: 5/25/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*