| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GOLDMAN & BESLOW, LLC<br>7 Glenwood Avenue, Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000<br>David G. Beslow, Esq.  #DGB-5300<br>Attorneys for Debtor(s), | |
|---|---|
| In Re:<br>JOSEPH NITTOSO and THERESE EDWARDS | Case No.: 17-35590<br>Chapter: 13<br>Judge: VFP |

Order Filed on June 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 9, 2022**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on August 23, 2021          :

Property:    110 Lexington Avenue, Bloomfield, NJ 07003

Creditor:    M&T Bank

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by the debtor          , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by          , and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including July 31, 2022          .

[ ] The Loss Mitigation Period is terminated, effective          .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev. 12/17/19*

2