Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 17−35590−VFP  
Chapter: 13  
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph William Nittoso  
110 Lexington Avenue  
Bloomfield, NJ 07003

Therese Celeste Edwards  
110 Lexington Avenue  
Bloomfield, NJ 07003

Social Security No.:  
xxx−xx−9820

xxx−xx−1628

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/3/22 at 10:00 AM

to consider and act upon the following:

*102* − Motion to Approve Loan Modification with M&T Bank Filed by David G. Beslow on behalf of Therese Celeste Edwards, Joseph William Nittoso. Objection deadline is 10/14/2022. (Attachments: # 1 Certification Debtor's Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (Beslow, David)

*103* − Objection to Motion to Approve Loan Modification (related document:102 Motion to Approve Loan Modification with M&T Bank Filed by David G. Beslow on behalf of Therese Celeste Edwards, Joseph William Nittoso. Objection deadline is 10/14/2022. (Attachments: # 1 Certification Debtor's Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Joseph William Nittoso, Joint Debtor Therese Celeste Edwards) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/4/22

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court