Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−35590−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph William Nittoso  
110 Lexington Avenue  
Bloomfield, NJ 07003  

Therese Celeste Edwards  
110 Lexington Avenue  
Bloomfield, NJ 07003

Social Security No.:
xxx−xx−9820         xxx−xx−1628

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 24, 2020.

On 11/11/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:            December 15, 2022
Time:             08:30 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 14, 2022
JAN: sjp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 17-35590-VFP

Joseph William Nittoso   Chapter 13

Therese Celeste Edwards

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 5
Date Rcvd: Nov 14, 2022    Form ID: 185    Total Noticed: 78

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Joseph William Nittoso, Therese Celeste Edwards, 110 Lexington Avenue, Bloomfield, NJ 07003-5765 |
| 517242463 | | ACS Education Services, C/o Acs, Utica, NY 13501 |
| 517242462 | + | ACS Education Services, Po Box 7052, Utica, NY 13504-7052 |
| 517242464 | + | AES/Brazosus, Attn: Bankruptcy, Po Box 8183, Harrisburg, PA 17105-8183 |
| 517242473 | + | Am Std Asst, 100 Cambridge St Ste 160, Boston, MA 02114-2547 |
| 517242472 | + | Am Std Asst, 100 Cambridge St., Suite 1600, Boston, MA 02114-2518 |
| 517242491 | + | Linda Evans, 150 Madison Avenue, Westfield, NJ 07090-4218 |
| 517242496 | + | M&T Bank, c/o KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517242500 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 517473799 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517242501 | + | Suzanne Lashley, 824 Central Avenue, Plainfield, NJ 07060-2333 |
| 517242513 | + | Valley National Bank, 1460 Valley Rd, Wayne, NJ 07470-8494 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 14 2022 22:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 14 2022 22:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2022 22:24:51 | AIS Portfolio Services, LP Attn: Ally Financial De, 4515 N Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2022 22:24:41 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517242465 | + | Email/Text: bncnotifications@pheaa.org | Nov 14 2022 22:15:00 | AES/Brazosus, Pob 61047, Harrisburg, PA 17106-1047 |
| 517242466 | + | Email/Text: bncnotifications@pheaa.org | Nov 14 2022 22:15:00 | Aes/nct, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 517242468 | + | Email/Text: bncnotifications@pheaa.org | Nov 14 2022 22:15:00 | Aes/nct, Pob 61047, Harrisburg, PA 17106-1047 |
| 517242470 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 14 2022 22:15:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519277867 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| Record | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 14 2022 22:24:51 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517281483 | | Email/Text: ally@ebn.phinsolutions.com | Nov 14 2022 22:15:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517242471 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 14 2022 22:15:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517242474 | + | Email/Text: bk@avant.com | Nov 14 2022 22:16:00 | Avant Credit, Inc, Attention Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 517242475 | + | Email/Text: bk@avant.com | Nov 14 2022 22:16:00 | Avant Credit, Inc, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 517242477 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 14 2022 22:16:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517242476 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 14 2022 22:16:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517360436 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2022 22:24:45 | CACH, LLC its successors and assigns as assignee, of Avant, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517242480 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2022 22:24:49 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517242478 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2022 22:25:01 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517298516 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2022 22:25:02 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517242483 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2022 22:24:50 | Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 517242482 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2022 22:25:02 | Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 517364716 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2022 22:16:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517274620 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 14 2022 22:16:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517242486 | ^ | MEBN | Nov 14 2022 22:13:29 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517242487 | ^ | MEBN | Nov 14 2022 22:13:29 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517242488 | ^ | MEBN | Nov 14 2022 22:13:19 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517242489 | ^ | MEBN | Nov 14 2022 22:13:46 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 517242490 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 14 2022 22:16:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 517242484 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 14 2022 22:24:39 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517242485 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 14 2022 22:24:39 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517360443 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2022 22:25:07 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517242493 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2022 22:24:44 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517242495 | | Email/Text: camanagement@mtb.com | | |

Case 17-35590-VFP    Doc 113    Filed 11/16/22    Entered 11/17/22 00:18:36    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 14, 2022 | Form ID: 185 | Total Noticed: 78 |

| | | | |
|---|---|---|---|
| | | Nov 14 2022 22:16:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 517242494 | Email/Text: camanagement@mtb.com | | |
| | | Nov 14 2022 22:16:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 517365731 | Email/Text: camanagement@mtb.com | | |
| | | Nov 14 2022 22:16:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 517242497 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Nov 14 2022 22:16:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 517242499 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Nov 14 2022 22:16:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 517276050 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Nov 14 2022 22:16:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517265608 | + Email/Text: TSIBNCBOX4275@tsico.com | | |
| | | Nov 14 2022 22:15:00 | National Collegiate Student Loan Trust 2004-2, Po Box 4275, Norcross, GA 30091-4275 |
| 517265607 | + Email/Text: TSIBNCBOX4275@tsico.com | | |
| | | Nov 14 2022 22:15:00 | National Collegiate Student Loan Trust 2005-3, Po Box 4275, Norcross, GA 30091-4275 |
| 517258640 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Nov 14 2022 22:24:52 | Portfolio Recovery Associates, LLC, c/o Cabelas Club, POB 41067, Norfolk VA 23541 |
| 517242498 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Nov 14 2022 22:15:00 | Midland Funding, Att: Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518140064 | + Email/Text: bncmail@w-legal.com | | |
| | | Nov 14 2022 22:16:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140065 | + Email/Text: bncmail@w-legal.com | | |
| | | Nov 14 2022 22:16:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517245620 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 14 2022 22:24:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517242504 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 14 2022 22:24:41 | Synchrony Bank/ HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517242503 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 14 2022 22:24:41 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517242505 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 14 2022 22:24:41 | Synchrony Bank/Chevron, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517242506 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 14 2022 22:25:02 | Synchrony Bank/Chevron, P.o Box 965015, Orlando, FL 32896-5015 |
| 517242507 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 14 2022 22:25:02 | Synchrony Bank/Linen N' Things, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517242508 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 14 2022 22:24:40 | Synchrony Bank/Linen N' Things, Po Box 965005, Orlando, FL 32896-5005 |
| 517242510 | + Email/Text: bncmail@w-legal.com | | |
| | | Nov 14 2022 22:16:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 517242509 | + Email/Text: bncmail@w-legal.com | | |
| | | Nov 14 2022 22:16:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517242511 | ^ MEBN | | |
| | | Nov 14 2022 22:13:56 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517242512 | ^ MEBN | | |
| | | Nov 14 2022 22:14:00 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 517367273 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Nov 14 2022 22:25:05 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 14, 2022 | Form ID: 185 | Total Noticed: 78 |

| | | | | |
|---|---|---|---|---|
| 517242515 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2022 22:24:40 | Wells Fargo Auto Finance, Attn: Bankruptcy, Po Box 29704, Phoenix, AZ 85038-9704 |
| 517242516 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2022 22:24:40 | Wells Fargo Auto Finance, Po Box 29704, Phoenix, AZ 85038-9704 |
| 517242518 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2022 22:24:40 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 517242517 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2022 22:24:40 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517280130 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2022 22:24:40 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 517309049 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2022 22:25:02 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517320062 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2022 22:25:02 | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 517242519 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2022 22:24:50 | Wf Pll, P.o. Box 94435, Albuquerque, NM 87199-4435 |
| 517242520 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2022 22:25:01 | Worlds Foremost Bank N, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 517242521 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2022 22:24:40 | Worlds Foremost Bank N, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 66

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial Inc., PO Box 130424, Roseville, MN 55113-0004 |
| 517242467 | *+ | Aes/nct, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 517242469 | *+ | Aes/nct, Pob 61047, Harrisburg, PA 17106-1047 |
| 517242481 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517242479 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517242514 | *+ | Valley National Bank, 1460 Valley Rd, Wayne, NJ 07470-8494 |
| 517242492 | ##+ | Linda Evans, c/o Lawrence & Gerges LLC, 140 Mountain Avenue, Suite 204, Springfield, NJ 07081-1725 |
| 517242502 | ##+ | Suzanne Lashley, c/o Lawrence & Gerges LLC, 140 Mountain Avenue, Suite 204, Springfield, NJ 07081-1725 |

TOTAL: 0 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022                    Signature:        /s/Gustava Winters

Case 17-35590-VFP    Doc 113    Filed 11/16/22    Entered 11/17/22 00:18:36    Desc
Imaged Certificate of Notice    Page 6 of 6

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Nov 14, 2022 | Form ID: 185 | Total Noticed: 78 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Joseph William Nittoso yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Joint Debtor Therese Celeste Edwards yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Joint Debtor Therese Celeste Edwards yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Mark Goldman | on behalf of Debtor Joseph William Nittoso yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9