**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0 Valuation of Security    0 Assumption of Executory Contract or Unexpired Lease    0 Lien Avoidance

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## New Jersey

In Re:  **Estate of Joseph William Nittoso**
**Therese Celeste Edwards**

Case No.: 17-35590
Judge: VFP

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original    ☑ Modified/Notice Required    Date: 11/11/2022
☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.***

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

| Initial Debtor(s)' Attorney | /s/ DGB | Initial Debtor: | /s/ TCE Executrix Estate of JWN | Initial Co-Debtor | /s/ TCE |
|---|---|---|---|---|---|

## Part 1: Payment and Length of Plan

a. The debtor has **paid in $80,485.00 to date** shall pay **$225.00 Monthly** to the Chapter 13 Trustee, starting on **November 2022** for approximately **2** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection      X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Goldman & Beslow, LLC** | **Attorneys fees** | **Unknown** |
| **Marie-Ann Greenberg, Chapter 13 Trustee** | **Trustee commissions** | **Unknown** |
| **Internal Revenue Service** | **Taxes and certain other debts** | **8876.10** |
| **State of New Jersey** | **Taxes and certain other debts** | **4221.34** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:
   ☑ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Ally Financial** | **Auto loan** | **$336.31** | **n/a** | **$336.31** | **ongoing payments** |

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

    2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ NONE

    Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

    The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| **M&T Bank -- current pursuant to loan modification approved by Order entered on 11/4/2022** |

**g. Secured Claims to be Paid in Full Through the Plan** ☐ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **Wells Fargo Auto** | **Auto loan** | **$3,398.03** |

## Part 5: Unsecured Claims ☐ NONE

    a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

    ☐ Not less than $____ to be distributed *pro rata*

    ☐ Not less than ___ percent

    ☑ *Pro Rata* distribution from any remaining funds

    b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases ☒ NONE

    (NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

    All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions ☒ NONE

4

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ **NONE**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

**Part 8: Other Plan Provisions**

a. **Vesting of Property of the Estate**
☑ Upon Confirmation
☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) **Chapter 13 Standing Trustee Commissions**
2) **Other Administrative Claims - including Attorney Fees & Costs**
3) **Priority Claims**
4) **Secured Claims**
5) **Lease Arrearages**
6) **General Unsecured Claims**

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified:  **1/21/2020**  .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **Accounting for loan modification which addressed pre-petition and post-petition mortgage arrears** | **Accounting for loan modification that addressed pre-petition and post-petition mortgage arrears** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes    ☐ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:  **November 11, 2022**          **/s/ Therese Celeste Edwards, Executrix of the Estate of Joseph William Nittoso**
                                       **Joseph William Nittoso**
                                       Debtor

Date:  **November 11, 2022**          **/s/ Therese Celeste Edwards**
                                       **Therese Celeste Edwards**
                                       Joint Debtor

Date   **November 11, 2022**          **/s/ David Beslow, Esq.**
                                       **David Beslow, Esq. 5300**
                                       Attorney for the Debtor(s)

6

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 17-35590-VFP

Joseph William Nittoso     Chapter 13

Therese Celeste Edwards

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 5

Date Rcvd: Nov 14, 2022     Form ID: pdf901     Total Noticed: 78

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph William Nittoso, Therese Celeste Edwards, 110 Lexington Avenue, Bloomfield, NJ 07003-5765 |
| 517242463 | | ACS Education Services, C/o Acs, Utica, NY 13501 |
| 517242462 | + | ACS Education Services, Po Box 7052, Utica, NY 13504-7052 |
| 517242464 | + | AES/Brazosus, Attn: Bankruptcy, Po Box 8183, Harrisburg, PA 17105-8183 |
| 517242473 | + | Am Std Asst, 100 Cambridge St Ste 160, Boston, MA 02114-2547 |
| 517242472 | + | Am Std Asst, 100 Cambridge St., Suite 1600, Boston, MA 02114-2518 |
| 517242491 | + | Linda Evans, 150 Madison Avenue, Westfield, NJ 07090-4218 |
| 517242496 | + | M&T Bank, c/o KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517242500 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 517473799 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517242501 | + | Suzanne Lashley, 824 Central Avenue, Plainfield, NJ 07060-2333 |
| 517242513 | + | Valley National Bank, 1460 Valley Rd, Wayne, NJ 07470-8494 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 14 2022 22:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 14 2022 22:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2022 22:24:41 | AIS Portfolio Services, LP Attn: Ally Financial De, 4515 N Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2022 22:24:41 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517242465 | + | Email/Text: bncnotifications@pheaa.org | Nov 14 2022 22:15:00 | AES/Brazosus, Pob 61047, Harrisburg, PA 17106-1047 |
| 517242466 | + | Email/Text: bncnotifications@pheaa.org | Nov 14 2022 22:15:00 | Aes/nct, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 517242468 | + | Email/Text: bncnotifications@pheaa.org | Nov 14 2022 22:15:00 | Aes/nct, Pob 61047, Harrisburg, PA 17106-1047 |
| 517242470 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 14 2022 22:15:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519277867 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 14, 2022 | Form ID: pdf901 | Total Noticed: 78 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 517281483 | | Email/Text: ally@ebn.phinsolutions.com | Nov 14 2022 22:24:41 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517242471 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 14 2022 22:15:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517242474 | + | Email/Text: bk@avant.com | Nov 14 2022 22:15:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517242475 | + | Email/Text: bk@avant.com | Nov 14 2022 22:16:00 | Avant Credit, Inc, Attention Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 517242477 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 14 2022 22:16:00 | Avant Credit, Inc, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 517242476 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 14 2022 22:16:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517360436 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2022 22:16:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517242480 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2022 22:24:56 | CACH, LLC its successors and assigns as assignee, of Avant, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517242478 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2022 22:25:01 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517298516 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2022 22:25:01 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517242483 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2022 22:25:01 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517242482 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2022 22:24:50 | Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 517364716 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2022 22:25:04 | Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| | | | Nov 14 2022 22:16:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517274620 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 14 2022 22:16:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517242486 | ^ | MEBN | Nov 14 2022 22:13:30 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517242487 | ^ | MEBN | Nov 14 2022 22:13:30 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517242488 | ^ | MEBN | Nov 14 2022 22:13:17 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517242489 | ^ | MEBN | Nov 14 2022 22:13:46 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 517242490 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 14 2022 22:16:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 517242484 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 14 2022 22:25:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517242485 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 14 2022 22:24:48 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517360443 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2022 22:24:54 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517242493 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2022 22:24:54 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517242495 | | Email/Text: camanagement@mtb.com | | |

Case 17-35590-VFP    Doc 114    Filed 11/16/22    Entered 11/17/22 00:18:36    Desc
Imaged Certificate of Notice    Page 9 of 11

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 14, 2022 | Form ID: pdf901 | Total Noticed: 78 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Nov 14 2022 22:16:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 517242494 | | Email/Text: camanagement@mtb.com | Nov 14 2022 22:16:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 517365731 | | Email/Text: camanagement@mtb.com | Nov 14 2022 22:16:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 517242497 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2022 22:16:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 517242499 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2022 22:16:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 517276050 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2022 22:16:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517265608 | + | Email/Text: TSIBNCBOX4275@tsico.com | Nov 14 2022 22:15:00 | National Collegiate Student Loan Trust 2004-2, Po Box 4275, Norcross, GA 30091-4275 |
| 517265607 | + | Email/Text: TSIBNCBOX4275@tsico.com | Nov 14 2022 22:15:00 | National Collegiate Student Loan Trust 2005-3, Po Box 4275, Norcross, GA 30091-4275 |
| 517258640 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2022 22:25:05 | | Portfolio Recovery Associates, LLC, c/o Cabelas Club, POB 41067, Norfolk VA 23541 |
| 517242498 | | Email/Text: signed.order@pfwattorneys.com | Nov 14 2022 22:15:00 | Midland Funding, Att: Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518140064 | + | Email/Text: bncmail@w-legal.com | Nov 14 2022 22:16:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140065 | + | Email/Text: bncmail@w-legal.com | Nov 14 2022 22:16:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517245620 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2022 22:24:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517242504 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2022 22:24:50 | Synchrony Bank/ HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517242503 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2022 22:24:40 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517242505 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2022 22:25:02 | Synchrony Bank/Chevron, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517242506 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2022 22:24:52 | Synchrony Bank/Chevron, P.o Box 965015, Orlando, FL 32896-5015 |
| 517242507 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2022 22:24:41 | Synchrony Bank/Linen N' Things, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517242508 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2022 22:24:50 | Synchrony Bank/Linen N' Things, Po Box 965005, Orlando, FL 32896-5005 |
| 517242510 | + | Email/Text: bncmail@w-legal.com | Nov 14 2022 22:16:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 517242509 | + | Email/Text: bncmail@w-legal.com | Nov 14 2022 22:16:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517242511 | ^ | MEBN | Nov 14 2022 22:13:56 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517242512 | ^ | MEBN | Nov 14 2022 22:14:00 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 517367273 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 14 2022 22:24:42 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| Recip ID | Bypass | Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| 517242515 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2022 22:24:50 | Wells Fargo Auto Finance, Attn: Bankruptcy, Po Box 29704, Phoenix, AZ 85038-9704 |
| 517242516 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2022 22:25:02 | Wells Fargo Auto Finance, Po Box 29704, Phoenix, AZ 85038-9704 |
| 517242518 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2022 22:24:40 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 517242517 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2022 22:25:02 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517280130 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2022 22:24:50 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 517309049 |  | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2022 22:25:03 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517320062 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2022 22:25:02 | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 517242519 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2022 22:24:50 | Wf Pll, P.o. Box 94435, Albuquerque, NM 87199-4435 |
| 517242520 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2022 22:25:01 | Worlds Foremost Bank N, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 517242521 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2022 22:25:01 | Worlds Foremost Bank N, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 66

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial Inc., PO Box 130424, Roseville, MN 55113-0004 |
| 517242467 | *+ | Aes/nct, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 517242469 | *+ | Aes/nct, Pob 61047, Harrisburg, PA 17106-1047 |
| 517242481 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517242479 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517242514 | *+ | Valley National Bank, 1460 Valley Rd, Wayne, NJ 07470-8494 |
| 517242492 | ##+ | Linda Evans, c/o Lawrence & Gerges LLC, 140 Mountain Avenue, Suite 204, Springfield, NJ 07081-1725 |
| 517242502 | ##+ | Suzanne Lashley, c/o Lawrence & Gerges LLC, 140 Mountain Avenue, Suite 204, Springfield, NJ 07081-1725 |

TOTAL: 0 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 11, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David G. Beslow | on behalf of Debtor Joseph William Nittoso yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Joint Debtor Therese Celeste Edwards yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Joint Debtor Therese Celeste Edwards yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Mark Goldman | on behalf of Debtor Joseph William Nittoso yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9