**UNITED STATES BANKRUPTCY COURT**
District Of New Jersey

**IN RE:** THERESE C EDWARDS; JOSEPH W NITTOSO   **CASE NO:** 1735590

### NOTICE OF CHANGE OF ADDRESS FOR PAYMENTS

Wells Fargo Bank, N.A., *as Servicer,* hereby gives notice that all presently held or future payments to the creditor for the Court claim number(s) 1 from the Chapter 13 Trustee should be sent to the following address:

**OLD Payments Address:**
Wells Fargo Servicing Center
MAC Q21232-023 PO Box 94423
Albuquerque, NM 87199

**NEW Payments Address:**
Wells Fargo N.A. Personal Lending
P.O. Box 564300
Charlotte, NC 28256-9914

/s/  Kevin T. Cunningham
Kevin T. Cunningham
**Wells Fargo Bank, N.A.**
MAC N9361-030
435 Ford Road, Suite 300
St. Louis Park, MN 55426
Telephone: 1-866-862-9753
Email address: PCMBankruptcyWFB@wellsfargo.com

BKCOADDR (12/2018)