**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: | : | Case No.: 17-35590 |
| | : | |
| **THERESE CELESTE EDWARDS** | | |
| **JOSEPH WILLIAM NITTOSO** | | |
| | : | |
| | : | Chapter 13 |
| | : | |
| **Debtors.** | : | |
| | : | |
| | : | |
| | : | |

**NOTICE OF WITHDRAWAL OF DOCUMENT NUMBER 58 FILED**
**BY WELLS FARGO BANK, N.A.**

Wells Fargo Bank, N.A. ("Wells Fargo") filed a Notice of Change of Payment Address of Claim No. 1-1 as Document No. 115 on December 16, 2022. The Notice was in error and should be for Claim No. 6-1-.  Notice is hereby given to inform the Court that Wells Fargo is withdrawing this previously filed Notice of Change of Payment Address of Claim No. 1-1, Document No. 115.

Dated: May 18, 2022                                                       Respectfully submitted,

 

_____
Kevin T. Cunningham
Bankruptcy Specialist
Wells Fargo Bank, N.A.
P.O. Box 10438
Des Moines, IA 50306-0438
Telephone: 866-862-9753