IN THE UNITED STATES BANKRUPTY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | Case No.: 17-35590 |
| | : | |
| **THERESE CELESTE EDWARDS** | | |
| **JOSEPH WILLIAM NITTOSO** | | |
| | : | |
| | : | Chapter 13 |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |
| | : | |

**NOTICE OF WITHDRAWAL OF DOCUMENT NUMBER 115 FILED
BY WELLS FARGO BANK, N.A.**

Wells Fargo Bank, N.A. ("Wells Fargo") filed a Notice of Change of Payment Address of Claim No. 1-1 as Document No. 115 on December 16, 2022. The Notice was in error and should be for Claim No. 6-1-.  Notice is hereby given to inform the Court that Wells Fargo is withdrawing this previously filed Notice of Change of Payment Address of Claim No. 1-1, Document No. 115. At the request of the court, the notice is being resubmitted with the signature of the limited access e-filer.

Dated: December 18, 2022                                Respectfully submitted,

                                                                            /s/Kevin T. Cunningham

                                                                            _____
                                                                            Kevin T. Cunningham
                                                                            Bankruptcy Specialist
                                                                            Wells Fargo Bank, N.A.
                                                                            P.O. Box 10438
                                                                            Des Moines, IA 50306-0438
                                                                            Telephone: 866-862-9753