Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−35590−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Joseph William Nittoso                      Therese Celeste Edwards
   110 Lexington Avenue                    110 Lexington Avenue
   Bloomfield, NJ 07003                     Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−9820                                  xxx−xx−1628

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 19, 2022.

Dated: December 19, 2022
JAN: mcp

                                                                           Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Joseph William Nittoso  
Therese Celeste Edwards  
    Debtors

Case No. 17-35590-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 5  
Date Rcvd: Dec 19, 2022      Form ID: plncf13      Total Noticed: 78

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph William Nittoso, Therese Celeste Edwards, 110 Lexington Avenue, Bloomfield, NJ 07003-5765 |
| 517242463 | | ACS Education Services, C/o Acs, Utica, NY 13501 |
| 517242462 | + | ACS Education Services, Po Box 7052, Utica, NY 13504-7052 |
| 517242464 | + | AES/Brazosus, Attn: Bankruptcy, Po Box 8183, Harrisburg, PA 17105-8183 |
| 517242473 | + | Am Std Asst, 100 Cambridge St Ste 160, Boston, MA 02114-2547 |
| 517242472 | + | Am Std Asst, 100 Cambridge St., Suite 1600, Boston, MA 02114-2518 |
| 517242491 | + | Linda Evans, 150 Madison Avenue, Westfield, NJ 07090-4218 |
| 517242496 | + | M&T Bank, c/o KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517242500 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 517473799 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517242501 | + | Suzanne Lashley, 824 Central Avenue, Plainfield, NJ 07060-2333 |
| 517242513 | + | Valley National Bank, 1460 Valley Rd, Wayne, NJ 07470-8494 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 19 2022 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 19 2022 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2022 21:01:30 | AIS Portfolio Services, LP Attn: Ally Financial De, 4515 N Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 21:01:31 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517242465 | + | Email/Text: bncnotifications@pheaa.org | Dec 19 2022 20:51:00 | AES/Brazosus, Pob 61047, Harrisburg, PA 17106-1047 |
| 517242466 | + | Email/Text: bncnotifications@pheaa.org | Dec 19 2022 20:51:00 | Aes/nct, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 517242468 | + | Email/Text: bncnotifications@pheaa.org | Dec 19 2022 20:51:00 | Aes/nct, Pob 61047, Harrisburg, PA 17106-1047 |
| 517242470 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 19 2022 20:51:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519277867 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

Case 17-35590-VFP    Doc 120    Filed 12/21/22    Entered 12/22/22 00:15:03    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 19, 2022 | Form ID: plncf13 | Total Noticed: 78 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 19 2022 21:01:30 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517281483 | | Email/Text: ally@ebn.phinsolutions.com | | |
| | | | Dec 19 2022 20:51:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517242471 | + | Email/Text: ally@ebn.phinsolutions.com | | |
| | | | Dec 19 2022 20:51:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517242474 | + | Email/Text: bk@avant.com | | |
| | | | Dec 19 2022 20:52:00 | Avant Credit, Inc, Attention Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 517242475 | + | Email/Text: bk@avant.com | | |
| | | | Dec 19 2022 20:52:00 | Avant Credit, Inc, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 517242477 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |
| | | | Dec 19 2022 20:51:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517242476 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |
| | | | Dec 19 2022 20:51:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517360436 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 19 2022 21:01:20 | CACH, LLC its successors and assigns as assignee, of Avant, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517242480 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Dec 19 2022 21:01:28 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517242478 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Dec 19 2022 21:01:09 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517298516 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Dec 19 2022 21:01:18 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517242483 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 19 2022 21:01:31 | Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 517242482 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 19 2022 21:01:29 | Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 517364716 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Dec 19 2022 20:51:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517274620 | | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Dec 19 2022 20:51:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517242486 | ^ | MEBN | | |
| | | | Dec 19 2022 20:47:22 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517242487 | ^ | MEBN | | |
| | | | Dec 19 2022 20:47:23 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517242488 | ^ | MEBN | | |
| | | | Dec 19 2022 20:47:53 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517242489 | ^ | MEBN | | |
| | | | Dec 19 2022 20:47:44 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 517242490 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Dec 19 2022 20:51:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 517242484 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Dec 19 2022 21:01:09 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517242485 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Dec 19 2022 21:01:17 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517360443 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 19 2022 21:01:11 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517242493 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 19 2022 21:01:11 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517242495 | | Email/Text: camanagement@mtb.com | | |

Case 17-35590-VFP    Doc 120    Filed 12/21/22    Entered 12/22/22 00:15:03    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 19, 2022 | Form ID: plncf13 | Total Noticed: 78 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517242494 | | Email/Text: camanagement@mtb.com | Dec 19 2022 20:51:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 517365731 | | Email/Text: camanagement@mtb.com | Dec 19 2022 20:51:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| | | | Dec 19 2022 20:51:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 517242497 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 19 2022 20:51:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 517242499 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 19 2022 20:51:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 517276050 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 19 2022 20:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517265608 | + | Email/Text: TSIBNCBOX4275@tsico.com | Dec 19 2022 20:51:00 | National Collegiate Student Loan Trust 2004-2, Po Box 4275, Norcross, GA 30091-4275 |
| 517265607 | + | Email/Text: TSIBNCBOX4275@tsico.com | Dec 19 2022 20:51:00 | National Collegiate Student Loan Trust 2005-3, Po Box 4275, Norcross, GA 30091-4275 |
| 517258640 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 19 2022 21:01:31 | Portfolio Recovery Associates, LLC, c/o Cabelas Club, POB 41067, Norfolk VA 23541 |
| 517242498 | | Email/Text: signed.order@pfwattorneys.com | Dec 19 2022 20:51:00 | Midland Funding, Att: Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518140064 | + | Email/Text: bncmail@w-legal.com | Dec 19 2022 20:51:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140065 | + | Email/Text: bncmail@w-legal.com | Dec 19 2022 20:51:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517245620 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 21:01:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517242504 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 21:01:29 | Synchrony Bank/ HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517242503 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 21:01:10 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517242505 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 21:01:32 | Synchrony Bank/Chevron, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517242506 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 21:01:18 | Synchrony Bank/Chevron, P.o Box 965015, Orlando, FL 32896-5015 |
| 517242507 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 21:01:18 | Synchrony Bank/Linen N' Things, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517242508 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 21:01:29 | Synchrony Bank/Linen N' Things, Po Box 965005, Orlando, FL 32896-5005 |
| 517242510 | + | Email/Text: bncmail@w-legal.com | Dec 19 2022 20:51:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 517242509 | + | Email/Text: bncmail@w-legal.com | Dec 19 2022 20:51:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517242511 | ^ | MEBN | Dec 19 2022 20:47:47 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517242512 | ^ | MEBN | Dec 19 2022 20:47:06 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 517367273 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 19 2022 21:01:15 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 19, 2022 | Form ID: plncf13 | Total Noticed: 78 |

| | | | | |
|---|---|---|---|---|
| 517242515 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 19 2022 21:01:18 | Wells Fargo Auto Finance, Attn: Bankruptcy, Po Box 29704, Phoenix, AZ 85038-9704 |
| 517242516 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 19 2022 21:01:09 | Wells Fargo Auto Finance, Po Box 29704, Phoenix, AZ 85038-9704 |
| 517242518 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 19 2022 21:01:09 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 517242517 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 19 2022 21:01:18 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517280130 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 19 2022 21:01:09 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 517309049 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 19 2022 21:01:18 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517320062 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 19 2022 21:01:30 | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 517242519 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 19 2022 21:01:30 | Wf Pll, P.o. Box 94435, Albuquerque, NM 87199-4435 |
| 517242520 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2022 21:01:29 | Worlds Foremost Bank N, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 517242521 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2022 21:01:09 | Worlds Foremost Bank N, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 66

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial Inc., PO Box 130424, Roseville, MN 55113-0004 |
| 517242467 | *+ | Aes/nct, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 517242469 | *+ | Aes/nct, Pob 61047, Harrisburg, PA 17106-1047 |
| 517242481 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517242479 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517242514 | *+ | Valley National Bank, 1460 Valley Rd, Wayne, NJ 07470-8494 |
| 517242492 | ##+ | Linda Evans, c/o Lawrence & Gerges LLC, 140 Mountain Avenue, Suite 204, Springfield, NJ 07081-1725 |
| 517242502 | ##+ | Suzanne Lashley, c/o Lawrence & Gerges LLC, 140 Mountain Avenue, Suite 204, Springfield, NJ 07081-1725 |

TOTAL: 0 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2022         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Joseph William Nittoso yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Joint Debtor Therese Celeste Edwards yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Joint Debtor Therese Celeste Edwards yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Mark Goldman | on behalf of Debtor Joseph William Nittoso yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9