UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
(973)-677-9000
David G. Beslow, Esq. #DGB-5300

*Attorneys for Debtor(s), Therese Celeste Edwards and Estate of Joseph William Nittoso*

In Re:

**ESTATE OF JOSEPH WILLIAM NITTOSO and THERESE CELESTE EDWARDS,**

Debtors

Order Filed on December 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-35590

Chapter:   13

Judge:   VFP

## REVISED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: December 27, 2022**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page:         2
Debtor(s):    Estate of Joseph William Nittoso and Therese Celeste Edwards
Case No.:     17-35590/VFP

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that David G. Beslow, Esq., the applicant, is allowed the sum of $2,200.00 for services rendered and expenses in the amount of $ 0.00 for a total of $2,200.00 to which the Debtor has already paid $1,002.00 and to which a good will discount of $398.00 shall be applied and the balance of $800.00 shall be paid by the Chapter 13 Standing Trustee. The allowance shall be payable:

  XX  through the Chapter 13 Plan as an administrative priority.

  ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $N/A for N/A months to allow for payment of the aforesaid fee.