| UNITED STATES BANKRUPTCY COURT NEW JERSEY | |
|---|---|
| In Re:<br>Joseph William Nittoso<br>Therese Celeste Edwards | Case No.  17-35590<br>Chapter:  13<br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, ___Therese Celeste Edwards___, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _24. January. 2023_     _Therese Celeste Edwards_
                              Therese Celeste Edwards
                              Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.

rev.8/1/18