Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−35590−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph William Nittoso | Therese Celeste Edwards |
| 110 Lexington Avenue | 110 Lexington Avenue |
| Bloomfield, NJ 07003 | Bloomfield, NJ 07003 |

Social Security No.:
  xxx−xx−9820                                      xxx−xx−1628

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 6, 2023</u>                <u>Vincent F. Papalia</u>
                                            Judge, United States Bankruptcy Court