| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joseph William Nittoso<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9820<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Therese Celeste Edwards<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1628<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–35590–VFP | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph William Nittoso         Therese Celeste Edwards

<u>4/6/23</u>                         **By the court:** <u>Vincent F. Papalia</u>
                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                **Chapter 13 Discharge**                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-35590-VFP
Joseph William Nittoso  Chapter 13
Therese Celeste Edwards
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 5
Date Rcvd: Apr 06, 2023     Form ID: 3180W     Total Noticed: 78

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph William Nittoso, Therese Celeste Edwards, 110 Lexington Avenue, Bloomfield, NJ 07003-5765 |
| 517242463 | | ACS Education Services, C/o Acs, Utica, NY 13501 |
| 517242462 | + | ACS Education Services, Po Box 7052, Utica, NY 13504-7052 |
| 517242464 | + | AES/Brazosus, Attn: Bankruptcy, Po Box 8183, Harrisburg, PA 17105-8183 |
| 517242473 | + | Am Std Asst, 100 Cambridge St Ste 160, Boston, MA 02114-2547 |
| 517242472 | + | Am Std Asst, 100 Cambridge St., Suite 1600, Boston, MA 02114-2518 |
| 517242491 | + | Linda Evans, 150 Madison Avenue, Westfield, NJ 07090-4218 |
| 517242496 | + | M&T Bank, c/o KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517473799 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517242500 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 517242501 | + | Suzanne Lashley, 824 Central Avenue, Plainfield, NJ 07060-2333 |
| 517242513 | + | Valley National Bank, 1460 Valley Rd, Wayne, NJ 07470-8494 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 06 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 06 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Apr 07 2023 00:28:00 | AIS Portfolio Services, LP Attn: Ally Financial De, 4515 N Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RMSC.COM | Apr 07 2023 00:25:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517242465 | + | Email/Text: bncnotifications@pheaa.org | Apr 06 2023 20:38:00 | AES/Brazosus, Pob 61047, Harrisburg, PA 17106-1047 |
| 517242466 | + | Email/Text: bncnotifications@pheaa.org | Apr 06 2023 20:38:00 | Aes/nct, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 517242468 | + | Email/Text: bncnotifications@pheaa.org | Apr 06 2023 20:38:00 | Aes/nct, Pob 61047, Harrisburg, PA 17106-1047 |
| 517242470 | + | EDI: GMACFS.COM | Apr 07 2023 00:25:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519277867 | + | EDI: AISACG.COM | | |

| Record # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 07 2023 00:28:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517281483 | | EDI: GMACFS.COM | Apr 07 2023 00:25:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517242471 | + | EDI: GMACFS.COM | Apr 07 2023 00:25:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517242474 | + | Email/Text: bk@avant.com | Apr 06 2023 20:39:00 | Avant Credit, Inc, Attention Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 517242475 | + | Email/Text: bk@avant.com | Apr 06 2023 20:39:00 | Avant Credit, Inc, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 517242477 | + | EDI: TSYS2 | Apr 07 2023 00:25:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517242476 | + | EDI: TSYS2 | Apr 07 2023 00:25:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517360436 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2023 20:52:10 | CACH, LLC its successors and assigns as assignee, of Avant, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517242480 | | EDI: CAPITALONE.COM | Apr 07 2023 00:25:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517242478 | + | EDI: CAPITALONE.COM | Apr 07 2023 00:25:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517298516 | | EDI: CAPITALONE.COM | Apr 07 2023 00:25:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517242483 | + | EDI: RMSC.COM | Apr 07 2023 00:25:00 | Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 517242482 | + | EDI: RMSC.COM | Apr 07 2023 00:25:00 | Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 517364716 | + | EDI: WFNNB.COM | Apr 07 2023 00:25:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517274620 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 06 2023 20:39:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517242486 | ^ | MEBN | Apr 06 2023 20:35:08 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517242487 | ^ | MEBN | Apr 06 2023 20:35:09 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517242488 | ^ | MEBN | Apr 06 2023 20:35:47 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517242489 | ^ | MEBN | Apr 06 2023 20:35:30 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 517242490 | | EDI: IRS.COM | Apr 07 2023 00:25:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 517242484 | | EDI: JPMORGANCHASE | Apr 07 2023 00:25:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517242485 | | EDI: JPMORGANCHASE | Apr 07 2023 00:25:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517360443 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2023 20:52:01 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517242493 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2023 20:52:10 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517242495 | | Email/Text: camanagement@mtb.com | | |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| 517242494 | Email/Text: camanagement@mtb.com | Apr 06 2023 20:39:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 517365731 | Email/Text: camanagement@mtb.com | Apr 06 2023 20:39:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
|  |  | Apr 06 2023 20:39:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 517242497 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 06 2023 20:39:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 517242499 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 06 2023 20:39:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 517276050 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 06 2023 20:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517265608 | + Email/Text: TSIBNCBOX4275@tsico.com | Apr 06 2023 20:38:00 | National Collegiate Student Loan Trust 2004-2, Po Box 4275, Norcross, GA 30091-4275 |
| 517265607 | + Email/Text: TSIBNCBOX4275@tsico.com | Apr 06 2023 20:38:00 | National Collegiate Student Loan Trust 2005-3, Po Box 4275, Norcross, GA 30091-4275 |
| 517258640 | EDI: PRA.COM | Apr 07 2023 00:28:00 | Portfolio Recovery Associates, LLC, c/o Cabelas Club, POB 41067, Norfolk VA 23541 |
| 517242498 | Email/Text: signed.order@pfwattorneys.com | Apr 06 2023 20:38:00 | Midland Funding, Att: Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518140064 | + Email/Text: bncmail@w-legal.com | Apr 06 2023 20:39:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140065 | + Email/Text: bncmail@w-legal.com | Apr 06 2023 20:39:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517245620 | + EDI: RMSC.COM | Apr 07 2023 00:25:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517242504 | + EDI: RMSC.COM | Apr 07 2023 00:25:00 | Synchrony Bank/ HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517242503 | + EDI: RMSC.COM | Apr 07 2023 00:25:00 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517242505 | + EDI: RMSC.COM | Apr 07 2023 00:25:00 | Synchrony Bank/Chevron, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517242506 | + EDI: RMSC.COM | Apr 07 2023 00:25:00 | Synchrony Bank/Chevron, P.o Box 965015, Orlando, FL 32896-5015 |
| 517242507 | + EDI: RMSC.COM | Apr 07 2023 00:25:00 | Synchrony Bank/Linen N' Things, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517242508 | + EDI: RMSC.COM | Apr 07 2023 00:25:00 | Synchrony Bank/Linen N' Things, Po Box 965005, Orlando, FL 32896-5005 |
| 517242510 | + EDI: WTRRNBANK.COM | Apr 07 2023 00:25:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 517242509 | + EDI: WTRRNBANK.COM | Apr 07 2023 00:25:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517242511 | ^ MEBN | Apr 06 2023 20:34:32 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517242512 | ^ MEBN | Apr 06 2023 20:35:40 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 517367273 | + EDI: AIS.COM | Apr 07 2023 00:28:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 17-35590-VFP    Doc 131    Filed 04/08/23    Entered 04/09/23 00:15:48    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 06, 2023 | Form ID: 3180W | Total Noticed: 78 |

| | | | | |
|---|---|---|---|---|
| 517242515 | + EDI: WFFC2 | | Apr 07 2023 00:25:00 | Wells Fargo Auto Finance, Attn: Bankruptcy, Po Box 29704, Phoenix, AZ 85038-9704 |
| 517242516 | + EDI: WFFC2 | | Apr 07 2023 00:25:00 | Wells Fargo Auto Finance, Po Box 29704, Phoenix, AZ 85038-9704 |
| 517242518 | + EDI: WFFC2 | | Apr 07 2023 00:25:00 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 517242517 | + EDI: WFFC2 | | Apr 07 2023 00:25:00 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517280130 | + EDI: WFFC2 | | Apr 07 2023 00:25:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 517309049 | EDI: WFFC2 | | Apr 07 2023 00:25:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517320062 | + EDI: WFFC2 | | Apr 07 2023 00:25:00 | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 517242519 | + EDI: WFFC2 | | Apr 07 2023 00:25:00 | Wf Pll, P.o. Box 94435, Albuquerque, NM 87199-4435 |
| 517242520 | + EDI: CAPITALONE.COM | | Apr 07 2023 00:25:00 | Worlds Foremost Bank N, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 517242521 | + EDI: CAPITALONE.COM | | Apr 07 2023 00:25:00 | Worlds Foremost Bank N, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 66

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial Inc., PO Box 130424, Roseville, MN 55113-0004 |
| 517242467 | *+ | Aes/nct, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 517242469 | *+ | Aes/nct, Pob 61047, Harrisburg, PA 17106-1047 |
| 517242481 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517242479 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517242514 | *+ | Valley National Bank, 1460 Valley Rd, Wayne, NJ 07470-8494 |
| 517242492 | ##+ | Linda Evans, c/o Lawrence & Gerges LLC, 140 Mountain Avenue, Suite 204, Springfield, NJ 07081-1725 |
| 517242502 | ##+ | Suzanne Lashley, c/o Lawrence & Gerges LLC, 140 Mountain Avenue, Suite 204, Springfield, NJ 07081-1725 |

TOTAL: 0 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2023          Signature:     /s/Gustava Winters

Case 17-35590-VFP    Doc 131    Filed 04/08/23    Entered 04/09/23 00:15:48    Desc
Imaged Certificate of Notice    Page 7 of 7

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 06, 2023 | Form ID: 3180W | Total Noticed: 78 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Joseph William Nittoso yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Joint Debtor Therese Celeste Edwards yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Joint Debtor Therese Celeste Edwards yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Mark Goldman | on behalf of Debtor Joseph William Nittoso yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9